# EXHIBIT A

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Forza 4809 N Palafox St LLC v. Axis Surplus Insurance Company

| Case Number | 73C01-2409-PL-000028 |
| --- | --- |
| Court | Shelby Circuit Court |
| Type | PL - Civil Plenary |
| Filed | 09/11/2024 |
| Status | 09/11/2024 , Pending  (active) |

## Parties to the Case

**Defendant**   Axis Surplus Insurance Company

<u>Attorney</u>
Howard John Pikel
*#2178364, Lead, Retained*

222 N LaSalle St
Ste 1400
Chicago, IL 60601

<u>Attorney</u>
Howard John Pikel
*#2178364, Retained*

222 N LaSalle St
Ste 1400
Chicago, IL 60601

**Plaintiff**     Forza 4809 N Palafox St LLC

<u>Attorney</u>
William D. Beyers
*#2846649, Retained*

BUCHANAN & BRUGGENSCHMIDT PC
80 East Cedar St
Zionsville, IN 46077
317-873-8396(W)

## Chronological Case Summary

| 09/11/2024 | **Case Opened as a New Filing** |
| --- | --- |

| 09/12/2024 | **Petition Filed** |
| --- | --- |
| | Petition for Appointment of Umpire |
| | Ex 1 |
| | Ex 2 |
| | Ex 3 |
| | Ex 4 |
| | Ex 5 |
| | Ex 6 |
| | Ex 7 |
| | Ex 8 |
| | Ex 9 |
| | Ex 10 |
| | Petition for Appointment Umpire |
| | Filed By:          Forza 4809 N Palafox St LLC |
| | File Stamp:      09/11/2024 |

| 09/12/2024 | **Subpoena/Summons Filed** |
| --- | --- |
| | Summons |
| | Filed By:          Forza 4809 N Palafox St LLC |
| | File Stamp:      09/12/2024 |

| 09/12/2024 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Forza 4809 N Palafox St LLC |
| | File Stamp: | 09/12/2024 |

| 09/23/2024 | **Service Returned Served** | |
|---|---|---|
| | By certified mail for Axis Surplus Insurance Co. | |
| | Date Served: | 09/17/2024 |

| 09/24/2024 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Service Returned Served ---- 9/23/2024 : William D. Beyers | |

| 10/04/2024 | **Appearance Filed** | |
|---|---|---|
| | Appearance on Behalf of Defendant | |
| | Jury Demand for Axis.pdf | |
| | Appearance on Behalf of Defendant | |
| | For Party: | Axis Surplus Insurance Company |
| | File Stamp: | 10/04/2024 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Forza 4809 N Palafox St LLC
Plaintiff

Balance Due (as of 10/07/2024)
0.00

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/12/2024 | Transaction Assessment | 232.00 |
| 09/12/2024 | Electronic Payment | (232.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.