# EXHIBIT B

STATE OF INDIANA    )            IN THE SHELBY CIRCUIT COURT
                ) SS:
COUNTY OF SHELBY   )            CAUSE NO.

**73C01-2409-PL-000028**

FORZA 4809 N PALAFOX ST LLC,  )
                       )
      Plaintiff,           )
                       )
  v.                    )
                       )
AXIS SURPLUS INSURANCE     )
COMPANY                 )
                       )
      Defendant.        )

## **PLAINTIFF'S PETITION FOR APPOINTMENT OF UMPIRE**

Comes now Plaintiff, Forza 4809 N Palafox St. LLC, ("Forza"), by undersigned counsel, and for its Petition To Appoint Umpire says:

1.      On or about June 16, 2023, the Plaintiff sustained wind damage to its commercial property covered by a policy of insurance underwritten by Defendant under policy number ESC111660, with effective dates of: October 5, 2022 to October 5, 2023. (Ex. 1).

2.      During the course of the claim there was a dispute over the reported wind damage.

3.      Forza retained a professional engineer who opined that the roof sustained wind damage on June 16, 2023. (Ex. 6).

4.      Axis maintained that it disagreed with Forza and its engineer.

5.    On January 25, 2024, Plaintiff nominated Mark Ricketts as its insurance appraiser. (Ex. 7, p. 2).

6.    As it pertains to an insurance appraisal, the policy provides as follows:

Appraisal

If we and you disagree on the value of the property or the amount of the loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and the amount of loss. if they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

A. Pay its chosen appraiser; and
B. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we still retain our right to deny the claim.

(Ex. 1, p. 32).

7.    Defendant refused to nominate an appraiser.

8.    Pursuant to the above clause, the policy specifically provides that Defendant will permit an umpire appointment by any court in this State; therefore, venue is proper in this court because it is a state court of general jurisdiction.

9.    This Court has jurisdiction. Forza is domiciled in this State. The insurance contract was formed, paid, and delivered within this State through an insurance agency in Shelbyville, Indiana. (*See* Exhibits, 3, 4, 5).

10.    Indiana law applies to the insurance policy. The general rule is that the state in which application is made, the premium paid, and policy delivered is

the place where the contract is entered into. *Travelers Ins. Co. v Eviston*, 37 NE2d 310, 313 (Ind. App. 1941); and *See Nat'l Union Fire Ins. Co. of Pittsburgh, PA v. Standard Fusee Corp.*, 940 N.E.2d 810 (Ind.2010)(applying Maryland law to an insurance policy for issued in Maryland for a property in Indiana).

11.     As such, an umpire appointment by this Court is necessary under the appraisal clause in the contract.

12.     The appraisal process is a speedy method to resolve claims.

13.     Further, the appraisal process allows the parties to separate covered and excluded damage. *See e.g. Carroll v. Statesman* wherein the Indiana Supreme Court upheld an award where the appraisal panel determined the scope of the damage caused by the fire. *Carroll*, 509 N.E.2d 825 (Ind. 1987), *affirming in part, Carroll v. Statesman*, 493 N.E.2d 1289, 1294 (Ind. App. 1986); *Villas at Winding Ridge v. State Farm Fire & Cas. Co.*, 942 F.3d 824 (7th Cir. 2019)(applying Indiana law), supporting an award where the appraisal panel determined the scope of the hail damage to numerous condominium buildings; and *Philadelphia Indem. v. We Pebble Point,* 44 F. Supp 3d 813, 817 (S.D. Ind. 2014)(sending the parties to appraisal and allowing the appraisal panel to separate covered storm damage from excluded wear and tear).

14.     The Court in *We Pebble Point* described the appraisal process in a storm loss as follows:

> We agree with [the insured] that it would be extraordinarily difficult, if not impossible, for an appraiser to determine the amount of storm damage without addressing the demarcation between "storm damage"

and "non-storm damage." To hold otherwise would be to say that an appraisal is never in order unless there is only one conceivable cause of damage—for example, to insist that "appraisals can never assess hail damage unless a roof is brand new." . . . At least where the contract does not explicitly state otherwise, we conclude that the mere presence of causation or "coverage" disputes—in addition to the calculation of loss amounts that are at the core of an appraiser's competency—does not negate [the insured's] contractual right to an appraisal.

*Phila. Indem. Ins. Co. v. WE Pebble Point*, 44 F. Supp. 3d 813, 818 (S.D. Ind. 2014) (citing Shifrin, 991 F. Supp. 2d 1022) (other citations omitted). Many other cases have also permitted the appraisal panel to determine causation, *i.e.* what parts of this building were damaged by a covered peril, also referred to as the "scope" of the damage. *See e.g. Mesco v. Motorist Mutual,* Southern District, 1:19-cv-04875, Hanlon, Jan. 25, 2023, p. 9-14, Exhibit 10)(holding that the appraisal panel can determine the cause of the loss as part of its determination of the amount of the loss).

15.     The plain language of the appraisal clause also necessarily allows the appraisal panel to determine the cause of the loss as part of its determination on the amount/scope of the loss.

16.     After reviewing several dictionary definitions of "loss" the Tenth Circuit reasoned that the word "loss" unambiguously encompassed a causation component and that the panel could decide disputes over the scope of the hail damage. *Bonbeck Parker, LLC v. The Travelers Indem. Co. of Am.* 14 F.4th 1169, 1177-78(10th Cir. 2021) (holding "these definitions all include a causation component, each making clear that "loss" refers to damage resulting from a covered

event").[1] *See Quade v. Secura Ins.*, 814 N.W.2d 703, 706 (Minn. 2012) (concluding, based on Black's Law Dictionary and Merriam-Webster's Collegiate Dictionary, that "amount of loss" unambiguously "includes a determination of the cause of the loss" and that "dictionary definitions of 'loss' for purposes of insurance expressly contemplate an element of causation"); *N. Glenn Homeowners Ass'n v. State Farm Fire & Cas. Co.*, 854 N.W.2d 67, 71 (Iowa Ct. App. 2014) (citing Black's Law Dictionary to support that "[c]ausation is an integral part of the definition of loss, without consideration of which the appraisers cannot perform their assigned function"); *Walnut Creek Townhome Ass'n v. Depositors Ins.* Co., 913 N.W.2d 80, 92 (Iowa 2018) (agreeing with North Glenn and holding that "appraisers may decide the factual cause of damage to property in determining the amount of loss"). Federal courts applying state law have done the same. *See CIGNA*, 110 F. Supp. 2d at 264–65 (citing Black's Law Dictionary and Merriam-Webster's Collegiate Dictionary to hold that phrase "amount of loss" "necessarily includes a determination of the cause of loss").

The ability for the appraisal panel to determine causation as part of determining the amount of the loss was plainly evident to Selective Insurance at the time it agreed to appraisal because the Selective adjuster wrote that appraisal would determine the "amount and scope of the damages. . . [and that] the decision is

---

[1] *See e.g.* Merriam-Webster's Collegiate Dictionary 736 (11th ed. 2003) (defining "loss" as "the amount of an insured's financial detriment by . . . damage that the insurer is liable for"). *Travelers at Bonbeck Parker, LLC v. The Travelers Indem. Co. of Am.* 14 F.4th 1169, 1177 (10th Cir. 2021).

5

final and binding." Additionally, "amount" plainly means a quantity. Therefore, the plain meaning of "loss" and/or "amount of loss" plainly includes a scope/causation determination as it relates to the amount of loss from the subject windstorm.

17.     The appraisal process in insurance policies has been present for over 100 years and is designed to be an expeditious manner of resolving claims without discovery or court process. *See e.g. Manchester Fire Assurance Company v. Koerner*, 40 N.E. 1110 (1895)(discussing the appraisal process under similar policy language over 100 years ago); and *Shifrin v. Liberty Mutual Insurance*, 991 F. Supp. 2d 1022, 1038 (S.D. Ind. 2014)(stating that appraisal is a "favored private procedure because it serves as an inexpensive and speedy means of settling disputes.")

18.     The Southern District of Indiana has recognized on several occasions that appraisal is a proper remedy that may be invoked by either party. *See e.g. Shifrin v. Liberty Mutual Insurance*, 991 F. Supp. 2d 1022, 1041 (S.D. Ind. 2014)(holding that the insurer did not waive its right to invoke appraisal); *FDL, Inc. v. Cincinnati Ins.* 135 F.3d 503, 504 (7th Cir. 1997)(discussing completion of the appraisal process after suit was filed); and *Philadelphia Indemnity v. We Pebble Point*, 44 F. Supp. 3d 813, 815 (stating that "Indiana Courts have repeatedly affirmed the enforceability of appraisal clauses, which are a common feature of first-party insurance contracts.")

19.     The Seventh Circuit has also recognized that appraisal is a useful tool that the parties can utilize to determine the entire claim or even a sub-issue within the claim. *See Windridge of Naperville Condominium Association v. Philadelphia*

*Indemnity Insurance Company*, 932 F.3d 1035, 1037-38(7th Cir. 2019)(upholding a district court's decision to send the issue of the availability of reasonably matching siding and replacement cost to the appraisal panel to determine after a wind loss).

20.     The Policy states that an appraisal award is valid if the umpire and an appraiser agree on it. (See appraisal clause, above).

21.     Nothing in the policy precludes the appraisal process from going forward to determine the cause/scope of the subject loss.

22.     Plaintiff also needs the insurance benefits to pay for the repairs.

23.     As such, the claim needs to move forward with a court-appointed umpire.

24.     The primary dispute for the umpire to resolve involves addressing the scope of loss from wind damage sustained to this building.

25.     If there was no wind damage, then the appraisal panel will not award anything.

26.     Mr. Ricketts, Plaintiff's appraiser, has advised that the following persons are competent in this area to serve as umpire:

> Michael Abel, insurance adjuster and field manager for Worley Catastrophe Claims for more than 20 years and has been certified for assessment of wind and hail damage through Haag Engineering. He has been involved in over 400 appraisals and arbitrations. (Ex. 8, CV).
>
> Jon Linville, Greenwood, IN, 317-517-0245, an independent property adjuster and certified insurance umpire with approximately 15 years of experience. (Ex. 9, CV).

27.     Mr. Linville also has the added credential of being a certified insurance umpire. (See Ex. 9, CV).


WHEREFORE Plaintiff requests that the Court nominate either Michael Abel or Jon Linville as umpire.


Respectfully submitted,


/s/William D. Beyers
William D. Beyers, #28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.
Zionsville, Indiana  46077
Telephone:  (317) 873-8396
Facsimile:  (317) 873-2276
bbeyers@bbinlaw.com


Attorneys for Plaintiff

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

 © Insurance Services Office, Inc., 2015

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** In the event of failure to comply, within 90 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(7)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

**(8)** The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above, and this policy does not cover a residential structure or its contents; or

**(b)** Cancellation is based on the reason stated in Paragraph **7.a.(8)** above;

**(3)** 120 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

**(b)** This policy covers a residential structure or its contents.

**c.** If this policy has been in effect for more than 90 days and covers a residential structure or its contents, we may not cancel this policy based on credit information available in public records.

**D.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

**a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **D.5.**; or

**b.** 120 days prior to the expiration of the policy if this policy covers a residential structure or its contents.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

**a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

© Insurance Services Office, Inc., 2015

**b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

    **(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

    **(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss – Residential Property**

**1.** The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

    **a.** Except as provided in Paragraph **E.1.b.,** we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

    **b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

        **(1)** Nonpayment of premium;

        **(2)** Material misstatement or fraud related to the claim;

        **(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

        **(4)** We have paid the policy limits.

        If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2), b.(3)** or **b.(4),** we will give you 45 days' notice.

**2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

**3.** With respect to Paragraph **E.2.,** a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

Insured's Name: ___Forza N Palafox LLC_____ Policy #: ___ESC111660_____

Policy Dates: From: ___10/05/2022_____ To: ___10/05/2023_____

Surplus Lines Agent's Name: _____Mick kroll_____

Surplus Lines Agent's Physical Address: ___21550 Oxnard Street Ste 1100, Woodland Hills CA 91367___

Surplus Lines Agent's License #: _____W239665_____

Producing Agent's Name: _____Josh Estelle_____

Producing Agent's Physical Address: 1220 Broad Street New Castle IN 47362_____

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW.  PERSONS
INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA
INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE
OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY
FLORIDA REGULATORY AGENCY.**

Policy Premium: ___$8,223.00_____    SL Agent Policy Fee: ___$150.00_____

Inspection Fee: ___$135.00_____    Other Policy Fees: _____

Tax: _____$420.30_____    FSLSO Service Fee: ___$5.10_____

EMPA Surcharge: ___$4.00_____

Surplus Lines Agent's Countersignature: _____

☐   **THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND
LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

☐   **THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH
OUT-OF-POCKET EXPENSES TO YOU.**



# COMMON POLICY DECLARATIONS

### NO FLAT CANCELLATION

| | |
|---|---|
| AXIS Surplus Insurance Company<br>111 South Wacker Drive<br>Chicago  IL  60606 | AmWINS Access Insurance Services, LLC<br>One Gresham Landing<br>Stockbridge, GA  30281 |

NAMED INSURED:    Forza N Palafox LLC

MAILING ADDRESS:    4809 N Palafox St,Pensacola,  FL  32505

POLICY PERIOD:   FROM 10-05-2022 TO  10-05-2023 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

| BUSINESS DESCRIPTION | Owners of Real Estate |
|---|---|

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | PREMIUM |
|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ |
| COMMERCIAL PROPERTY COVERAGE PART | $ 8,223 |
| LIQUOR LIABILITY COVERAGE PART | $ |
| PROPERTY TRIA TERRORISM PREMIUM | |
| **TOTAL POLICY PREMIUM:** | $ 8,223 |
| Amwins Service Fee | $ 150.00 |
| Amwins Inspection Fee | $ 135.00 |
| Surplus Lines Tax | $ 420.30 |
| Stamping Fee | $ 5.10 |
| DEM EMP | $ 4.00 |
| | $ |
| | $ |
| | $ |



# COMMON POLICY DECLARATIONS

|  | $ |
|---|---|
| POLICY TOTAL | $ 8,937.40 |

© ISO Properties, Inc., 2007



# COMMON POLICY DECLARATIONS

**FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS):**

| **Countersigned:** | **By:** |
|---|---|
| 10/07/2022 | |
| (Date) | (Authorized Representative) |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSE-
WHERE AT THE COMPANY'S OPTION.



**STATE FRAUD STATEMENT**

**FLORIDA**

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.



**POLICYHOLDER NOTICE**

**FLORIDA**

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.



**SERVICE OF SUIT**

**FLORIDA**

The Company hereby designates the Chief Financial Officer of the Florida Office of Financial Regulation and his or her successors, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by you or on your behalf or by any beneficiary under this Policy against the Company arising out of this Policy, provided that all lawful process received by said Chief Financial Officer or his or her successors, is sent by certified or registered mail to the Company at:

**AXIS Insurance**

**Attn: Claims Administrator**

**10000 Avalon Blvd.**

**Suite 200**

**Alpharetta, GA 30009**

**Email: USFNOL@axiscapital.com**

**Phone (Toll-Free): (866) 259-5435**

**Phone: (678) 746- 9000**

**Fax: (678) 746-9444**

Service of process in any such action will also be valid if served upon any person in the State of Florida who, on behalf of the Company, solicits insurance within the State of Florida; makes, issues or delivers insurance policies within the State of Florida; or collects or receives any premiums or other consideration for the Company.

Service of process shall be deemed to be proper and lawful when in compliance with Florida Statutes, Surplus Lines Law, Section 626.907.



**POLICYHOLDER DISCLOSURE**

**NOTICE OF TERRORISM INSURANCE COVERAGE – TRIA DECLINED**

This Notice is issued in accordance with the terms and conditions of the Terrorism Risk Insurance Act, as amended (the "Act").

You are hereby notified that coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the Act, as explained in the Policyholder Disclosure notice, (1) was made available to you; and (2) you declined or failed to confirm the purchase of such coverage. Therefore, this insurance does not provide coverage for losses directly resulting from any "act of terrorism" as defined by the Act except to the extent, if any, otherwise provided by this Policy.

**INSTRUCTION TO BROKER**

You are instructed to deliver a copy of this notice to our insured.

*Includes copyrighted material 2015 National Association of Insurance Commissioners*

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      BOILER AND MACHINERY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA, GA, ME, HI, IA, IL, MO, NC, NJ, NY, OR, RI, VI, | Building and Commercial Property Coverage Form |
| WA, WI, WV | Building and Commercial Property Coverage Form |
| CT | Condominium Asssociation Coverage Form |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

© Insurance Services Office, Inc., 2015

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 2022-10-05 | ESC111660 | N/A |

**MINIMUM EARNED PREMIUM ENDORSEMENT**

This endorsement modifies insurance provided under the policy.

In the event that you cancel this policy, a minimum earned premium of 25% of the original policy premium shall become earned; any conditions of the policy to the contrary notwithstanding.

Your failure to make timely payment of premium shall be considered a request by you for us to cancel the policy. In the event if such cancellation by us for non-payment of premium, the minimum earned premium shall be due and payable; provided, however, such non-payment cancellation shall be rescinded if you remits the full premium due within 10 days of receiving it.

All other provisions of the policy remain unchanged.



# SIGNATURE PAGE

IN WITNESS WHEREOF, the Insurer has caused this policy to be issued by affixing hereto the facsimile signatures of its President and Secretary.

Secretary

President

Andrew Weissert, Secretary

Carlton Maner, President

# SCHEDULE OF FORMS AND ENDORSEMENTS

**POLICY NUMBER:**  ESC111660                    **EFFECTIVE DATE:**  10-05-2022

**NAMED INSURED:**  Forza N Palafox LLC

## FORMS

| NUMBER | EDITION DATE | TITLE |
|---|---|---|
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0255 | 0316 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| ILDS00 | 0908 | COMMON POLICY DECLARATIONS |
| AXIS104 | 0415 | STATE FRAUD STATEMENT |
| AXIS105 | 0316 | POLICYHOLDER NOTICE |
| AXIS106 | 0415 | SERVICE OF SUIT |
| TRIADECLINEDDISCLOSURE | 0115 | POLICYHOLDER DISCLOSURE - NOTICE OF TERRORISM INSURANCE COVERAGE - TRIA DECLINED |
| IL0953 | 0115 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| AXIS1011730 | 0618 | MINIMUM EARNED PREMIUM ENDORSEMENT |
| AXIS102ASIC | 0415 | SIGNATURE PAGE |
| AXIS142 | 0915 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| AXIS1011731 | 0618 | NOTICES TO INSURER |
| AXIS906 | 0316 | POLICYHOLDER NOTICE - ECONOMIC AND TRADE SANCTIONS (OFAC) |
| CPDS00 | 1000 | COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS PAGE |
| CP0010 | 1012 | BUILDING AND PERSONAL PROPERTY  COVERAGE FORM |
| CP0090 | 0788 | COMMERCIAL PROPERTY CONDITIONS |
| CP0140 | 0706 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP0320 | 1092 | MULTIPLE DEDUCTIBLE FORM (FIXED DOLLAR DEDUCTIBLES) |
| CP0411 | 1012 | PROTECTIVE SAFEGUARDS |

**SCHEDULE OF FORMS AND ENDORSEMENTS**

| | | |
|---|---|---|
| CP1030 | 1012 | CAUSES OF LOSS - SPECIAL FORM |
| CP1218 | 1012 | LOSS PAYABLE PROVISIONS |
| CP1075 | 1220 | CYBER INCIDENT EXCLUSION |
| CP0125 | 0212 | FLORIDA CHANGES |
| AXIS1011323 | 1217 | FULLY EARNED PREMIUM - TOTAL LOSS TO COVERED PROPERTY |
| AXIS1011333 | 1217 | PROPERTY ENHANCEMENT |
| AXIS1012014 | 0317 | EQUIPMENT BREAKDOWN COVERAGE (INCLUDING ELECTRONIC CIRCUITRY IMPAIRMENT) |
| AXIS1012013 | 0317 | COMMERCIAL PROPERTY COVERAGE PART EQUIPMENT BREAKDOWN COVERAGE SCHEDULE |
| AXIS1011364 | 0218 | PRE-EXISTING DAMAGE EXCLUSION |
| AXIS1011328 | 1217 | WINDSTORM OR HAIL PERCENTAGE AND DOLLAR DEDUCTIBLE |
| AXIS1011324 | 1217 | ALUMINUM WIRING EXCLUSION |



| NOTICES TO INSURER |
| --- |

*Send Notice of Claims To:*

Attn: New Loss Unit
North American Risk Services
P.O. Box 166002
Altamonte Springs, FL 32716-6002

Email: reportaclaim@narisk.com
Phone: (800) 315-6090
Fax: (866) 261-8507
Website: https://claims.narisk.com/amwins



**POLICYHOLDER NOTICE**

**ECONOMIC AND TRADE SANCTIONS**

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by the Office of Foreign Assets Control (OFAC).

**THE OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") OF THE US DEPARTMENT OF THE TREASURY ADMINISTERS AND ENFORCES ECONOMIC AND TRADE SANCTIONS BASED ON US FOREIGN POLICY AND NATIONAL SECURITY GOALS AGAINST TARGETED FOREIGN COUNTRIES AND REGIMES, TERRORISTS, INTERNATIONAL NARCOTICS TRAFFICKERS, THOSE ENGAGED IN ACTIVITIES RELATED TO THE PROLIFERATION OF WEAPONS OF MASS DESTRUCTION, AND OTHER THREATS TO THE NATIONAL SECURITY, FOREIGN POLICY OR ECONOMY OF THE UNITED STATES.**

**WHENEVER COVERAGE PROVIDED BY THIS POLICY WOULD BE IN VIOLATION OF ANY U.S. ECONOMIC OR TRADE SANCTIONS, SUCH COVERAGE SHALL BE NULL AND VOID.**

**FOR MORE INFORMATION, PLEASE REFER TO:**

*HTTPS://WWW.TREASURY.GOV/RESOURCE-CENTER/SANCTIONS/PAGES/DEFAULT.ASPX*

# COMMERCIAL PROPERTY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.**
ESC111660

**EFFECTIVE DATE** <u>10</u> / <u>05</u> / <u>2022</u>

☐ "X" If Supplemental
Declarations Is Attached

**NAMED INSURED** Forza N Palafox LLC

**DESCRIPTION OF PREMISES**

| Prem. No. | Bldg. No. | Location, Construction And Occupancy | | |
|---|---|---|---|---|
| 1 | 1 | 4809 N Palafox St | Non-Combustible | Electrical Apparatus - Installation, servicing or repair - With sales or storage |
| | | Pensacola, FL  32505 | | |

**COVERAGES PROVIDED**    Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 1 | 1 | Building | 1,092,541 | Special - InclTheft | 80% | |

*If Extra Expense Coverage, Limits On Loss Payment

**OPTIONAL COVERAGES**    Applicable Only When Entries Are Made In The Schedule Below

| Prem. No. | Bldg. No. | Agreed Value | | | Replacement Cost (X) | | |
|---|---|---|---|---|---|---|---|
| | | Expiration Date | Cov. | Amount | Building | Pers. Prop. | Including "Stock" |
| 1 | 1 | | | | X | | |

| | Inflation Guard (%) | | *Monthly Limit Of | Maximum Period | *Extended Period |
|---|---|---|---|---|---|
| | Bldg. | Pers. Prop. | Indemnity (Fraction) | Of Indemnity (X) | Of Indemnity (Days) |

*Applies to Business Income Only

**MORTGAGEHOLDERS**

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|
| | | |

**DEDUCTIBLE**

See Deductible Form(s)

**FORMS APPLICABLE**

**To All Coverages:** See Schedule of Forms

    Copyright, Insurance Services Office, Inc.,  1999      ☐

**To Specific Premises/Coverages:**

| Prem. No. | Bldg. No. | Coverages | Form Number |
|-----------|-----------|-----------|-------------|

Copyright, Insurance Services Office, Inc., 1999       **CP DS 00 10 00**  ☐

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

  **(1)** The lowest basement floor; or

  **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

  **(1)** Are licensed for use on public roads; or

  **(2)** Are operated principally away from the described premises.

  This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

### d. Pollutant Clean-up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

### e. Increased Cost Of Construction

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

 © Insurance Services Office, Inc., 2011

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

| | |
|---|---|
| $ 60,100 | |
| – 250 | |
| $ 59,850 Loss Payable – Building 1 | |

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---:|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

The Coinsurance percentage for it is: 90%

| | |
|---|---:|
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---:|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is: | $ | 100,000 |
| The annual percentage increase is: | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | | 146 |
| The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ | 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   **a.** Someone insured by this insurance;

   **b.** A business firm:

     **(1)** Owned or controlled by you; or

     **(2)** That owns or controls you; or

   **c.** Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2006

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MULTIPLE DEDUCTIBLE FORM

### (FIXED DOLLAR DEDUCTIBLES)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

### SCHEDULE *

The Deductibles applicable to any one occurrence are shown below:

| Prem.No. | Bldg.No. | Deductible | Covered Causes of Loss ** |
|----------|----------|------------|---------------------------|
| 1 | 1 | $5,000 | (2) |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

** For each deductible listed in this Schedule, enter the number corresponding to the Covered Cause(s) of Loss to which that deductible applies (or enter the description):

**(1)** All Covered Causes of Loss

**(2)** All Covered Causes of Loss **except** Windstorm or Hail

**(3)** All Covered Causes of Loss **except** Theft

**(4)** All Covered Causes of Loss **except** Windstorm or Hail and Theft

**(5)** Windstorm or Hail

**(6)** Theft

The following is added to the DEDUCTIBLE section:

**A.** In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for that Covered Cause of Loss, shown in the Schedule above or in the Declarations, will apply.

**B.** The terms of this endorsement do not apply to any Earthquake Deductible or to any Windstorm or Hail Percentage Deductible provided elsewhere in this policy.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-9 |
|  |  |  |
|  |  |  |

**Describe Any "P-9":**
**Premises 1, Building 1 -**
Operational Fire Extinguishers.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property **Conditions:**

**Protective Safeguards**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

   **(1)** Sprinklers and discharge nozzles;

   **(2)** Ducts, pipes, valves and fittings;

   **(3)** Tanks, their component parts and supports; and

   **(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

   **(1)** Non-automatic fire protective systems; and

   **(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood:

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss – Basic Form
Causes Of Loss – Broad Form
Causes Of Loss – Special Form
Mortgageholders Errors And Omissions Coverage Form
Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard

listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

### d. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

### e. Utility Services

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

### f. War And Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### g. Water

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

   (a) Foundations, walls, floors or paved surfaces;

   (b) Basements, whether paved or not; or

   (c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

### h. "Fungus", Wet Rot, Dry Rot And Bacteria

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

### 4. Special Exclusions

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

5. **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

C. **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

© Insurance Services Office, Inc., 2011

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

    (1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    (2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

    b. The personal property which collapses is inside a building; and

    c. The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

    a. A "specified cause of loss" other than fire or lightning; or

    b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Location Number: 1 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.2. | |
|---|---|---|---|
| **Description Of Property:** C.1 | | | |
| **Loss Payee Name:** Tha Farmers Bank | | | |
| **Loss Payee Address:** 9 East Clinton St, Frankfort , IN 46041 | | | |
| **Location Number:** | | **Building Number:** | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): | |
| **Description Of Property:** | | | |
| **Loss Payee Name:** | | | |
| **Loss Payee Address:** | | | |
| **Location Number:** | | **Building Number:** | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): | |
| **Description Of Property:** | | | |
| **Loss Payee Name:** | | | |
| **Loss Payee Address:** | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

   **1. Loss Payable Clause**

     For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

     **a.** Adjust losses with you; and

     **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

   **2. Lender's Loss Payable Clause**

     **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

       **(1)** Warehouse receipts;

       **(2)** A contract for deed;

       **(3)** Bills of lading;

       **(4)** Financing statements; or

       **(5)** Mortgages, deeds of trust, or security agreements.

     **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

       **(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

       **(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

       **(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

         **(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

         **(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

         **(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

       All of the terms of this Coverage Part will then apply directly to the Loss Payee.

       **(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

         **(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

         **(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

       At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

     **c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

       **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

       **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

     **d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

© Insurance Services Office, Inc., 2011

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      **(1)** Adjust losses with you; and

      **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance** Condition:

      For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss – Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

**1.** Broward County;

**2.** Dade County;

**3.** Martin County;

**4.** Monroe County;

**5.** Palm Beach County; and

**6.** All the areas east of the west bank of the Intracoastal Waterway in the counties of:

**a.** Indian River; and

**b.** St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

**1.** Paint; or

**2.** Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

**a.** The amount of the Windstorm or Hail Deductible; or

**b.** The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

**(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

**(2)** Within 30 days after we receive the sworn proof of loss and:

**(a)** There is an entry of a final judgment; or

**(b)** There is a filing of an appraisal award with us; or

**(3)** Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

**(a)** A claim under a policy covering residential property;

**(b)** A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

© Insurance Services Office, Inc., 2011

**(c)** A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

**E. Sinkhole Collapse Coverage Removed**

Sinkhole Collapse coverage is removed, as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

**1.** In the Causes Of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**2.** In the Causes Of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**3.** In the Causes Of Loss – Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

**4.** In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

**1.** The abrupt collapse of the ground cover;

**2.** A depression in the ground cover clearly visible to the naked eye;

**3.** "Structural damage" to the building, including the foundation; and

**4.** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

**1.** The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

**2.** The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

**3.** Civil Authority coverage is subject to all other provisions of that Additional Coverage.

 © Insurance Services Office, Inc., 2011

**H.** The following provisions are added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

    **(1)** A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

    This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

    **(2)** Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

**I.** The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following.

**1.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

**2.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

**3.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

**4.** Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

**5.** Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
|  | 12:01 a.m. on 2022-10-05 | ESC111660 | N/A |

**FULLY EARNED PREMIUM – TOTAL LOSS TO COVERED PROPERTY**

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

If we pay the full Limit of Insurance described in the Declarations for physical loss or damage to Covered Property pursuant to Section A. Coverage, Sub-section 1, of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM (Building and Your Business Personal Property Coverage), the Covered Property will be deemed to be a total loss, and the annual premium for any and all coverages attributable to the Covered Property sustaining the total loss will be deemed to be fully earned and no return premium attributable to such building will be due to you regardless of when the policy is canceled.

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 2022-10-05 | ESC111660 | $150.00 |

## PROPERTY ENHANCEMENT

This endorsement modifies insurance provided under the following:

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM
### CAUSES OF LOSS – SPECIAL FORM

The provisions of the Building And Personal Property Coverage Form and the Causes Of Loss – Special Form apply except as otherwise provided in this endorsement.

The following is a summary of increased limits of insurance and additional coverage provided by this endorsement. For complete details on specific coverage, refer to the appropriate provisions in this endorsement. If similar coverage is provided in this endorsement and is also provided in another coverage form or coverage endorsement attached to this policy, the coverage provided by this endorsement will apply first. Unless otherwise stated in this Endorsement, the Coverage provided in this Endorsement is subject to the Deductible shown in the Commercial Property Declarations, or $500, whichever is less.

The titles and descriptions in the Coverage Schedule below are intended solely for ease of reference and do not in any way limit, expand or otherwise affect the provisions of this endorsement.

| PROPERTY ENHANCEMENT SCHEDULE | |
|---|---|
| **COVERAGE** | **LIMIT** |
| Outdoor Signs | $25,000 Per Occurrence |
| Employee Theft | $25,000 Per Occurrence |
| Forgery or Alteration | $25,000 Per Occurrence |
| Money and Securities | $25,000 Per Occurrence |
| Lock Replacement | $5,000 Per Occurrence<br>**DEDUCTIBLE**: $100 Per Occurrence |
| Fire Extinguisher System Expense | $15,000 Per Occurrence<br>No Deductible Applies |
| Reward Payment | $5,000 Per Occurrence |
| Artificially Generated Electrical Current | Per Occurrence: The lesser of:<br>**(1)**The amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance for the equipment; or<br>**(2)** $5,000 |
| Food Contamination | $10,000 for extra expenses Per Occurrence<br>$10,000 for business income Per Occurrence<br>$5,000 for additional advertising expenses |
| Spoilage Coverage | $25,000 in The Aggregate |
| Property in Transit (including F.O.B. and Return Shipments) | Applicable Business Personal Property Limit |
| Money Order and Counterfeit Money | $1,500 Per Occurrence |



| | |
|---|---|
| Accounts Receivables | $25,000 Per Occurrence at each Described Premises<br>$1,500 Per Occurrence Not at Described Premises |
| Mobile Equipment | $25,000 |
| Outdoor Storage Shed | $25,000 |
| Realty Tax Assessment<br>(Only applies when the Named Insured has purchased Business Income coverage on the policy) | Per Occurrence:  The lesser of:<br>**(1)**All related increases in realty tax assessments during the 12 months immediately following the assessment; or<br>**(2)**$25,000. |
| Personal Effects And Property Of Others | $15,000 |
| Valuable Papers and Records | $10,000 Per Occurrence At each Described Premises<br>$5,000 Per Occurrence Not at Described Premises |
| Property Off Premises | $10,000 Per Occurrence |
| Outdoor Property | $25,000 In The Aggregate, subject to the following sublimits:<br>• Fences and Retaining walls: $5,000 Per Occurrence<br>• Outdoor radio, television, satellite or other antennas: $15,000 Per Occurrence<br>Trees, Shrubs and Plants:  $5,000 Per Occurrence, but not more than $500 for any one Tree, Shrub or Plant |
| Computers (including Media) | $25,000 |
| Pollutant Clean-Up And Removal | Limit Increase from $10,000 to $25,000 |
| Personal Property | Broadening of coverage by modification of exclusions |
| Breakage of Chinaware | Elimination of Chinaware from Breakage Limitation |

**I.  Changes To The Building And Personal Property Coverage Form**

**A.**  The following coverages are added to Section **A. Coverage**, **4. Additional Coverages**:

**1. Outdoor Signs**

**a.**  We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.**  The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $25,000.

**c.**  The provisions of this Additional Coverage supersede all other outdoor signs coverage references in the Building And Personal Property Coverage Form.

**d.**  None of the exclusions in Section **B. Exclusions** or the limitations in Section **C. Limitations** in the **Causes Of Loss – Special Form** applies to the **Outdoor Signs** Additional Coverage in Section **I** of this endorsement except those listed below:

**(1)** Section **B. Exclusions**, paragraph **1.c. Governmental Action**;



**(2)** Section **B. Exclusions**, paragraph **1.d. Nuclear Hazard**;

**(3)** Section **B. Exclusions**, paragraph **1.f. War And Military Action**;

**(4)** Section **B. Exclusions**, paragraph **2.d.(1)** (Wear and tear);

**(5)** Section **B. Exclusions**, paragraph **2.d.(2)** (Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself); and

**(6)** Section **B. Exclusions**, paragraph **2.d.(6)** (Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision).

**2. Employee Theft**

   **a. Your Business Personal Property And Your Money And Securities**

We will pay for direct loss of or damage to Your Business Personal Property and your "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partners, "members" or "managers") with the manifest intent to:

   **(1)** Cause you to sustain loss or damage; and also

   **(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

      **(a)** Any "employee"; or

      **(b)** Any other person or organization.

   **b. Customers' Property**

We will pay for loss of or damage to "money", "securities" and "other property" sustained by your customer resulting directly from "theft" committed by an identified "employee", acting alone or in collusion with other persons.

The property covered under this coverage is limited to property:

   **(1)** That your customer owns or leases;

   **(2)** That your customer holds for others; or

   **(3)** For which your customer is legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your customer. Any claim for loss that is covered under this coverage must be presented by you.

   **c.** We will not pay for:

   **(1)** Loss or damage resulting from any dishonest or criminal act committed by:

      **(a)** You, your partners or your "members";

      **(b)** Your "managers", directors, trustees or authorized representatives; or


    **(c)** Anyone to whom you entrust the property for any purpose;

    whether acting alone or in collusion with other persons.

    Paragraph **(b)** does not apply to Customers' Property covered in Paragraph **b.** above.

  **(2)** Loss or damage that is an indirect result of any act covered by this insurance including, but not limited to, loss or damage resulting from:

    **(a)** Your inability to realize income that you would have realized had there been no loss of or damage to "money" or "securities";

    **(b)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

    **(c)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

  **(3)** Expenses related to any legal action; or

  **(4)** Loss or damage the only proof of which as to its existence or amount is one or both of the following:

    **(a)** An inventory computation; or

    **(b)** A profit and loss computation.

**d.** The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" is $25,000.

**e.** We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Additional Coverage does not apply to loss caused by any "employee" after discovery by:

  **(1)** You; or

  **(2)** Any of your partners, officers, directors, trustees, "members" or "managers" not in collusion with the "employee";

of any dishonest act committed by that "employee" before or after being hired by you.

**g.** We will pay only for covered loss or damage discovered no later than one year from the end of the policy period.

**h.** If you discover a loss or damage during the policy period that you (or any predecessor in interest) sustained during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

  **(1)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

  **(2)** The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

Discovery also occurs when you receive notice of an actual or potential claim against you alleging facts that if true would constitute a covered loss under this Additional Coverage.



    **i.** The insurance under Paragraph **h.** above is provided within, and not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

       **(1)** This Additional Coverage as of its effective date; or

       **(2)** The prior insurance, had it remained in effect.

    **j.** With respect to the coverage provided in this paragraph, no "Theft" exclusion applies.

    **k.** None of the exclusions in Section **B. Exclusions** of the **Causes Of Loss – Special Form** applies to the **Employee Theft** Additional Coverage in Section **I** of this endorsement except those listed below:

       **(1)** Section **B. Exclusions**, paragraph **1. c. Governmental Action**;

       **(2)** Section **B. Exclusions**, paragraph **1.d. Nuclear Hazard**; and

       **(3)** Section **B. Exclusions**, paragraph **1.f. War And Military Action**.

**3. Forgery Or Alteration**

    **a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

       **(1)** Made or drawn by or drawn upon you; or

       **(2)** Made or drawn by one acting as your agent;

       or that are purported to have been so made or drawn.

    **b.** If you are sued for refusing to pay any instrument covered in Paragraph **a.** above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.

    **c.** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

    **d.** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act and will be treated the same as the original it replaced.

    **e.** The most we will pay for any loss in any one "occurrence", including legal expenses, under this Additional Coverage is $25,000.

**4. Money And Securities**

    **a.** We will pay for loss of "money" and "securities" used in your business, while at a bank or savings institution, within your living quarters or the living quarters of your partners or any "employee" having use and custody of the property, at the described premises, or in transit between any of these places.

    **b.** We will pay only for loss of "money" and "securities" resulting directly from:

       **(1)** Theft, meaning any act of stealing;

       **(2)** Disappearance; or

       **(3)** Destruction.

    **c.** We will not pay for loss:



(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous reading instrument in the device.

d. The most we will pay for all loss in any one "occurrence" is $25,000.

e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

f. To the extent that coverage for "money" and "securities" is provided under this Additional Coverage, the **Property Not Covered** provisions in the **Coverage** section do not apply.

5. **Lock Replacement**

   a. We will pay for the cost to repair or replace locks at the described premises due to theft or other loss to keys.
   b. The most we will pay under this Additional Coverage for all loss or damage in any one occurrence is $5,000.
   c. A per occurrence deductible of $100 will apply.

6. **Fire Extinguisher Recharge Expense**

   a. We will pay:

      (1) The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged in or on the building described in the Declarations or within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater; and

      (2) For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or fire extinguishing system.

   b. No coverage will apply if the fire extinguishing system is discharged during installation or testing.

   c. The most we will pay under this Additional Coverage is $15,000 in any one occurrence.

   d. No deductible applies to this Additional Coverage.

7. **Reward Payment**

   a. We will reimburse you for rewards paid as follows:

      (1) Up to $5,000 to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

         (a) Actual cash value of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

         (b) The amount determined by the loss settlement procedure applicable to the Covered Property under the Loss Payment Condition.

      (2) Up to $5,000 to an eligible person for the return of stolen Covered Property, when the loss is caused by theft. However, we will pay no more than the lesser of the following amounts:



     **(a)** Actual cash value based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

     **(b)** The amount determined by the loss settlement procedure applicable to the returned Covered Property under the Loss Payment Condition.

  **b.** This Additional Coverage applies subject to the following conditions:

    **(1)** An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the arrest and conviction or return of the stolen Covered Property, and who is not:

     **(a)** You or any family member;

     **(b)** Your employee or any of his or her family members;

     **(c)** An employee of a law enforcement agency;

     **(d)** An employee of a business engaged in property protection;

     **(e)** Any person who had custody of the Covered Property at the time the theft was committed; or

     **(f)** Any person involved in the crime.

    **(2)** No reward will be reimbursed unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

    **(3)** The lesser of the amount of the reward or $5,000 is the most we will reimburse for loss under this Additional Coverage in any one occurrence.

## 8. Artificially Generated Electrical Current

We will pay for loss or damage to "computers" due to artificially generated electrical current if such loss or damage is caused by or results from:

**a.** An occurrence that took place within 1,000 feet of the described premises; or

**b.** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 1,000 feet of the described premises.

If such loss or damage as specified above exceeds in any one occurrence the applicable deductible shown in the Declarations, we will then pay the lesser of:

**(1)** The amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance for the equipment; or

**(2)** $5,000.

## 9. Food Contamination

  **a.** If your business at the described premises is ordered closed by the Board of Health or any other governmental authority as a result of the discovery or suspicion of "food contamination", we will pay the following:

    **(1)** Extra expenses, meaning:

     **(a)** Your expense to clean your equipment as required by the Board of Health or any other governmental authority:



      **(b)** Your cost to replace food which is, or is suspected to be, contaminated; and

      **(c)** Your expense to provide necessary medical tests or vaccinations for your employees (including temporary and leased employees) who are potentially infected by the "food contamination". However, we will not pay for any expense that is otherwise covered under a Workers' Compensation Policy.

   **(2)** The actual loss of Business Income you sustain due to the necessary suspension of your "operations" as a result of the "food contamination".

     The coverage for Business Income will begin 24 hours after you receive notice of closing from the Board of Health or any other governmental authority.

   **(3)** Additional advertising expenses you incur to restore your reputation.

 **b.** For the purposes of this coverage, "food contamination" means an outbreak of food poisoning or food-related illness of one or more persons arising out of:

   **(1)** Tainted food you distributed or purchased;

   **(2)** Food which has been improperly processed, stored, handled or prepared in the course of your business operations; or

   **(3)** Food which has been contaminated by virus or bacteria transmitted through one or more of your employees, including temporary and leased employees.

 **c.** For the purposes of this coverage, Business Income means the:

   **(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no "food contamination" had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the "food contamination" on customers or on other businesses; and

   **(2)** Continuing normal operating expenses incurred, including payroll.

 **d.** The most we will pay under this Additional Coverage for loss in any one occurrence is:

   **(1)** $10,000 for extra expenses;

   **(2)** $10,000 for business income; and

   **(3)** $5,000 for additional advertising expenses;

 **e.** We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority as a result of the discovery or suspicion of "food contamination" at the described premises.

 **f.** With respect to the coverage provided under this Paragraph **16.,** any exclusion of virus or bacteria in this policy does not apply.

**10. Spoilage Coverage**

 **a.** We will pay for the loss of "perishable stock" as described below caused by:

   **(1)** A change in temperature or humidity resulting from mechanical breakdown or failure of refrigeration, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the described premises;



      **(2)** Contamination by a refrigerant; and

      **(3)** Power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

  **b.** The most we will pay for loss under this Additional Coverage is $25,000.

  **c.** The value of the "perishable stock" will be the selling price, as if no loss or damage had occurred, less discounts and expenses you otherwise would have had.

  **d.** This Additional Coverage does not apply if the spoilage results from:

      **(1)** Earth movement;

      **(2)** Governmental action;

      **(3)** Nuclear hazard;

      **(4)** War and military action;

      **(5)** Water;

      **(6)** The disconnection of any refrigerating, cooling or humidity control system from the source of power;

      **(7)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;

      **(8)** The inability of an electrical utility company or other power source to provide sufficient power due to:

        **(a)** Lack of fuel; or

        **(b)** Governmental order;

      **(9)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand; and

      **(10)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

  **e.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of that deductible, up to 25,000 in the aggregate. No other deductible in this policy applies to the coverage provided by this Additional Coverage.

  **f.** You must maintain a refrigeration maintenance or service agreement. If you voluntarily terminate this agreement and do not notify us within 10 days, the spoilage coverage provided by this Additional Coverage will be automatically suspended at the involved location.

  **g.** However, coverage provided by this Additional Coverage is restored upon:

      **(1)** Reinstatement of the applicable refrigeration maintenance or service agreement; or

      **(2)** Procurement of a replacement refrigeration maintenance or service agreement.

  **h.** Section **B. Exclusions**, paragraph **1. e. Utility Services** in the **Causes Of Loss – Special Form** does not apply to this **Spoilage** Additional Coverage in Section **I** of this endorsement.



i. The coverage provided by this endorsement does not include spoilage of personal property that is "perishable goods" to the extent that such spoilage is covered under the Equipment Breakdown Coverage form.

## 11. Money Orders And Counterfeit Money

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss in any one "occurrence" under this Additional Coverage is $1,500.

**B.** The following changes are made to Section **A. Coverage, 5. Coverage Extensions**:

1. The following is added to Section **A. Coverage, 5. Coverage Extensions**:

### Property in Transit (Including F.O.B. Shipments and Return Shipments)

**a.** You may extend the insurance provided by this Coverage Form to apply to loss or damage to personal property used in your business, that is in transit at your risk more than 1,000 feet from the described premises.

We cover property shipped

**(1)** By any type of carrier you do not own, lease or operate;

**(2)** In or on any vehicle you own, lease or operate; or

**(3)** In the care, custody or control of you or your "employees".

**b.** We will also pay for loss of or damage to property you ship F.O.B., meaning Free On Board, basis, if you cannot collect the loss from the consignee. But we will pay the amount of your interest in the property.

**c.** We will also pay for loss of or damage to property you ship which has been rejected by the consignee, or is not deliverable, while in transit being returned to you.

This extension does not apply to property of others for which you are liable or in which you have an interest, which is intended for installation, such as, but not limited to materials, supplies, fixtures, machinery and equipment, and including labor or services furnished in connection with the installation.

### Accounts Receivable

**a.** You may extend the insurance that applies to Your Business Personal Property to accounts receivable. We will pay:

**(1)** All amounts due from your customers that you are unable to collect;

**(2)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(3)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(4)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;



that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**b.** The most we will pay under this Extension for loss or damage in any one occurrence at each described premises is $25,000.

For accounts receivable not at a described premises, the most we will pay is $1,500 in any one occurrence.

**c.** To the extent that coverage for accounts receivable is provided under this Extension, the provisions of **Property Not Covered** in the **Coverage** section do not apply.

**d.** We will not pay for:

  **(1)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property;

  **(2)** This exclusion applies only to the extent of the wrongful giving, taking or withholding;

  **(3)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions; or

  **(4)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**Mobile Equipment**

**a.** You may extend the insurance provided by this Coverage Form to apply to your mobile equipment such as forklifts, lawn mowers, electric carts, tractors and similar vehicles, including equipment which you rent.

**b.** This Extension does not apply to vehicles which are licensed for use on public roads, or which are insured elsewhere.

**c.** The most we will pay for loss or damage under this Extension is $25,000.

**Outdoor Storage Sheds**

**a.** You may extend the insurance provided by this Coverage Form to apply to your outdoor storage sheds used to store your business supplies or equipment, including debris removal expense, caused by or resulting from any of the Covered Causes of Loss.

**b.** The most we will pay for loss or damage under this Extension is $25,000.

**Realty Tax**

**a.** If you have purchased Business Income coverage on this policy, you may extend the Business Income insurance provided by this policy to apply to Business income loss for the additional amount of a realty tax assessment you incur after the "period of restoration" due to repair, rebuilding or reconstruction of damaged covered building property at a described premises caused by or resulting from a Covered Cause of Loss that exceeds the realty tax assessment you would have incurred if there had been no direct physical loss or direct physical damage to the covered building property.

**b.** However, we will not pay for any of the following:

  **(1)** Realty tax assessments made more than the sooner of:

    **(a)** One year after the end of the "period of restoration"; or



      **(b)** Two years after the date of the damage to the covered building property from a Covered Cause of Loss.

    **(2)** Realty tax assessments made due to physical loss or physical damage that does not cause a suspension of payments of base (monthly) rent by one or more of your tenants.

    **(3)** Realty tax assessment paid on your behalf.

    **(4)** That part of the realty tax assessment increase due to increases in the mill rate, the assessment level or similar ratios by which the relation of property value to realty tax is expressed, since the latest assessment prior to the loss or damage. The mill rate is the amount of realty tax paid per dollar of assessed property value. The assessment level is the ratio of assessed value to fair market value.

    **(5)** A realty tax assessment increase that is due to your decision to rebuild the building:

        **(a)** With a different building configuration;

        **(b)** With a larger building area;

        **(c)** With better building material or quality;

        **(d)** With a different purpose or;

        **(e)** At a different premise.

  **c.** The most we will pay in any one occurrence is the lesser of:

    **(1)** All related increases in realty tax assessments during the 12 months immediately following the assessment; or

    **(2)** $25,000.

**2.** The most we will pay for loss or damage under **Section A. Coverage, 5. Coverage Extensions**, paragraph **b. Personal Effects And Property Of Others** is increased from $2,500 to $15,000.

**3.** **Section A. Coverage, 5. Coverage Extensions**, paragraph **c. Valuable Papers And Records (Other Than Electronic Data)** is replaced by the following:

  **a.** **Valuable Papers And Records (Other Than Electronic Data)**

    **(1)** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage to valuable papers and records that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Extension includes the cost to research lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

    **(2)** Coverage under this Extension is limited to the "specified causes of loss" as defined in the Causes Of Loss – Special Form and Collapse as set forth in that form.

    **(3)** This Extension does not apply to:

        **(a)** Property held as samples or for delivery after sale; or

        **(b)** Property in storage away from the premises shown in the Declarations.



(4) The most we will pay under this Extension for loss or damage to valuable papers and records in any one occurrence at each described premises is $10,000.

For valuable papers and records not at a described premises, the most we will pay is $5,000 in any one occurrence.

Such amounts are additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

4. **Section A. Coverage, 5. Coverage Extensions,** paragraph **d. Property Off-premises** is replaced by the following:

a. **Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

This Extension also applies to "computers" while in the course of transit.

(2) This Extension does not apply to property:

(a) In or on a vehicle except for "computers"; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000 in any one occurrence.

5. **Section A. Coverage, 5. Coverage Extensions,** paragraph **e. Outdoor Property** is replaced by the following:

a. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to the following outdoor property located on the described premises:

(1) Fences and retaining walls that are not a part of a building. Subject to the aggregate set forth below, the most we will pay for loss or damage under this Extension is $5,000 in any one occurrence;

(2) Outdoor radio, television, satellite or other antennas, including their masts, towers and lead-in and support wiring. Subject to the aggregate set forth below, the most we will pay for loss or damage under this Extension is $15,000 in any one occurrence; and

(3) Trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof). Subject to the aggregate set forth below, the most we will pay for loss or damage, including debris removal expense, under this Extension is $5,000 for any one occurrence, but not more than $500 for any one tree, shrub or plant; but only for loss caused by or resulting from the following causes of loss and only if they are Covered Causes of Loss:


**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Weight of ice or snow;

**(e)** Riot or civil commotion; or

**(f)** Aircraft.

**(4)** To the extent that coverage for outdoor property is provided under this Extension, the provisions of **Property Not Covered** in the **Coverage** section do not apply.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**b.** The most we will pay under this Coverage Extension is $25,000 in the aggregate.

**C.** Regardless of the basis set forth in the policy for determining the value of Covered Property (Actual Cash Value or Replacement Cost), in the event of loss or damage we will determine the value of appliances used for refrigerating, ventilating, cooking, dishwashing or laundering according to the provisions of the Replacement Cost Optional Coverage.

**D. Sublimit on Extension for Computers (including Media)**

This endorsement provides an extension of coverage for "computers" through a modification to a number of the provisions in the coverage forms and endorsements. Notwithstanding anything else in this endorsement, the most we will pay under this endorsement for loss or damage to "computers" is $25,000.

**E. Pollutant Clean-up and Removal Increase of Limit**

The $10,000 limit under Pollutant Clean-up and Removal under Additional Coverages is changed to $25,000.

**II. Changes To The Causes Of Loss – Special Form**

**A.** Valuable Papers And Records (Other Than Electronic Data) **or the** Accounts Receivable Coverage Extensions

None of the exclusions in Section **B. Exclusions** applies to the **Valuable Papers And Records (Other Than Electronic Data)** or the **Accounts Receivable** Coverage Extensions in Section **I** of this endorsement except those listed below:

**1.** Section **B. Exclusions**, paragraph **1. c. Governmental Action**;

**2.** Section **B. Exclusions**, paragraph **1.d. Nuclear Hazard**;

**3.** Section **B. Exclusions**, paragraph **1.f. War And Military Action**;

**4.** The **Computer-related Losses** exclusion in Section C. of this endorsement;

**5.** The **Computer Advice Or Consultation** exclusion in Section C. of this endorsement;

**6.** Section **B. Exclusions**, paragraph **2.f.** (Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more);



7. Section **B. Exclusions**, paragraph **2.g.** (Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment [except fire protective systems] caused by or resulting from freezing, unless:

   a. You do your best to maintain heat in the building or structure; or

   b. You drain the equipment and shut off the supply if the heat is not maintained); and

8. Section **B. Exclusions**, paragraph **3.** (We will not pay for loss or damage caused by or resulting from any of the following, Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in any of the following exclusions to produce the loss or damage:

      (1) Ordinance Or Law;

      (2) Earth Movement;

      (3) Governmental Action;

      (4) Nuclear Hazard;

      (5) Utility Services;

      (6) War And Military Action;

      (7) Water; and

      (8) "Fungus", Wet Rot, Dry Rot And Bacteria.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

      of part or all of any property on or off the described premises.)

**B. Computer (including Media) and to the Property in Transit (Including F.O.B. Shipments and Return Shipments) Coverage Extension**

The following exclusions in Section **B. Exclusions** do not apply to the coverage afforded by this endorsement for "computers" or to the **Property in Transit (Including F.O.B. Shipments and Return Shipments)** Coverage Extension in Section **I** of this endorsement:

1. Section **B. Exclusions**, paragraph **1. b. Earth Movement**;



2. Section **B. Exclusions**, paragraph **2.c.** (Smoke, vapor or gas from agricultural smudging or industrial operations);

3. Section **B. Exclusions**, paragraph **2.e.** (Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass);

4. Section **B. Exclusions**, paragraph **2.f.** (Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more);

5. Section **B. Exclusions**, paragraph **2.g.** (Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment [except fire protective systems] caused by or resulting from freezing, unless:

   (a) You do your best to maintain heat in the building or structure; or

   (b) You drain the equipment and shut off the supply if the heat is not maintained); and

6. Section **B. Exclusions**, paragraph **2.g.** (Rain, snow, ice or sleet to personal property in the open).

## C. Computers (including Media)

The following exclusions are added to Section **B. Exclusions** and apply only to coverage for "computers" as set forth in this endorsement:

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   ### a. Errors Or Omissions

   Errors or omissions in processing, recording or storing electronic data on "computers".

   However, we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss would otherwise be covered by this policy.

   ### b. Electrical Disturbance

   Electrical or magnetic injury, disturbance or erasure of electronic recordings.

   However, we will pay for direct loss or damage caused by lightning.'

   ### c. Computer-related Losses

   The failure, malfunction or inadequacy of:

   (1) Any of the following, whether belonging to any insured or to others:

       (a) "Computer" hardware, including microprocessors;

       (b) "Computer" application software;

       (c) "Computer" operating systems and related software;

       (d) "Computer" networks;



      **(e)** Microprocessors ("computer" chips) not part of any "computer" system; or

      **(f)** Any other computerized or electronic equipment or components; or

    **(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **c.(1)** above;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times.

  **d. Computer Advice Or Consultation**

    Any advice, consultation, design, evaluation, inspection, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Exclusion **c.** above.

**2. Elevator Collision**

  If an excluded Cause of Loss as described in Exclusion **1. b., c.** or **d.** above results in a "specified cause of loss", or an elevator collision resulting from mechanical breakdown, we will pay only for the loss or damage caused by such "specified cause of loss" or elevator collision. We will not pay for repair, replacement or modification of any items in Exclusion **1. c.** above to correct any deficiencies or change any features.

**D. Computers and to Personal Property**

  Section **B. Exclusions**, paragraph **2.d.(7)** is replaced by the following:

**1.** We will not pay for loss or damage caused by or resulting from the following causes of loss to personal property;

**2.** Dampness or dryness of atmosphere, or changes in or extremes of temperature, unless such conditions result from physical damage caused by a Covered Cause of Loss to an air conditioning unit or system, including equipment and parts, which is part of, or used with, "computers"; or

**3.** Marring or scratching.

**4.** But if an excluded cause of loss that is listed in Paragraph **1.** or **2.** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**E. Breakage of Chinaware**

  The Fragile Articles Limitation Section **C. Limitations**, paragraph **2. b.** is replaced by the following:

  **b.** Fragile articles such as statuary, marbles and porcelains, if broken. This restriction does not apply to:

    **(1)** Glass;

    **(2)** Containers of property held for sale; or Chinaware.

## III. Definitions

For purposes of this endorsement, the following definitions apply:

**A.** "Computer" means:



1. Your programmable electronic equipment that is used to store, retrieve and process electronic data. It includes their component parts and dedicated air conditioning, fire suppression equipment and electrical equipment used exclusively in your "computer" operations;

2. Associated peripheral equipment that provides communication, including input and output functions such as printing or auxiliary functions such as electronic data transmission; and

3. Electronic data and media.

B. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

C. "Dependent property" means property operated by others whom you depend on to:

1. Deliver materials or services to you, or to others for your account. But any property which delivers any of the following services is not a "dependent property" with respect to such services

   a. Water supply services;

   b. Power supply services;

   c. Wastewater removal services; or

   d. Communication supply services, including services relating to Internet access or access to any electronic network;

2. Accept your products or services;

3. Manufacture products for delivery to your customers under contract of sale; or

4. Attract customers to your business.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a "dependent property".

The "dependent property" must be located in the coverage territory of this policy.

D. "Employee":

1. As respects the coverage provided under Section I of this endorsement for Money And Securities and Employee Dishonesty only, "employee" means:

   a. Any natural person:

      (1) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to theft or any other dishonest act committed by the "employee";

      (2) Whom you compensate directly by salary, wages or commissions; and

      (3) Whom you have the right to direct and control while performing services for you; or

   b. Any natural person who is furnished temporarily to you:

      (1) To substitute for a permanent "employee", as defined in Paragraph **1.a.,** who is on leave; or

      (2) To meet seasonal or short-term workload conditions;

      while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the premises;



     **c.** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **1.b.;**

     **d.** Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained as a consultant while performing services for you;

     **e.** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the premises;

     **f.** Any "employee" of an entity merged or consolidated with you prior to the effective date of this insurance; or

     **g.** Any of your "managers", directors or trustees while:

          **(1)** Performing acts within the scope of the usual duties of an "employee"; or

          **(2)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

  **2.** As respects the coverage provided under Section I of this endorsement for Money And Securities and Employee Dishonesty only, "employee" does not mean:

     **a.** Any agent, broker, factor, commission merchant, consignee or independent contractor; or

     **b.** A representative of the same general character as in Paragraph **C.2.a.,** unless such representative is specified in Paragraph **C.1.**

**E.** "Forgery" means the signing of the name of another person or organization with intent to deceive. It does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**F.** "Manager", as respects the coverage provided under Section I of this endorsement for Employee Dishonesty only, means a person serving in a directorial capacity for a limited liability company.

**G.** "Member", as respects the coverage provided under Section I of this endorsement for Employee Dishonesty only, means an owner of a limited liability company represented by its membership interest who also may serve as a "manager".

**H.** "Money" means:

  **1.** Currency, coins and bank notes in current use and having a face value; and

  **2.** Traveler's checks, register checks and money orders held for sale to the public.

**I.** "Occurrence":

  **1.** As respects the coverage provided under Section I of this endorsement for Money And Securities only, "occurrence" means:

     **a.** An individual act;

     **b.** The combined total of all separate acts whether or not related; or

     **c.** A series of acts whether or not related;



committed by a person acting alone or in collusion with other persons, or not committed by any person, during the policy period shown in the Declarations, before such policy period or both.

**2.** As respects the coverage provided under Section I of this endorsement for Money Orders And Counterfeit Money only, "occurrence" means:

    **a.** An individual act or event;

    **b.** The combined total of all separate acts or events whether or not related; or

    **c.** A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the policy period shown in the Declarations, before such policy period or both.

**3.** As respects the coverage provided under Section I of this endorsement for Forgery Or Alteration only, "occurrence" means:

    **a.** An individual act;

    **b.** The combined total of all separate acts whether or not related; or

    **c.** A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the policy period shown in the Declarations, before such policy period or both.

**4.** As respects the coverage provided under Section I of this endorsement for Employee Dishonesty only, "occurrence" means:

    **a.** An individual act;

    **b.** The combined total of all separate acts whether or not related; or

    **c.** A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the policy period shown in the Declarations, before such policy period or both.

**J.** "Operations" means your business activities occurring at the described premises.

**K.** "Other property", as respects the coverage provided under Section I of this endorsement for Customers' Property under Employee Dishonesty only, means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property specifically excluded under this policy.

**L.** "Perishable stock" means property:

    **1.** Maintained under controlled conditions for its preservation; and

    **2.** Susceptible to loss or damage if the controlled conditions change.

**M.** "Period of restoration", as respects premises other than a "dependent property":

    **1.** Means the period of time that:

        **a.** Begins:

            **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or



     **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

    caused by or resulting from any Covered Cause of Loss at the described premises; and

  **b.** Ends on the earlier of:

     **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

     **(2)** The date when business is resumed at a new permanent location.

  **2.** It does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    **a.** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **b.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "period of restoration".

**N.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

  **1.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

  **2.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you; but does not include "money".

**O.** "Theft", as respects the coverage provided under Section **I** of this endorsement for Customers' Property under Employee Dishonesty only, means the unlawful taking of property to the deprivation of your customer.

IV. A new condition is added as follows

### OTHER INSURANCE

Notwithstanding anything to the contrary in the Policy, and solely with respect to the coverages provided under the terms of this endorsement, if there is other insurance covering the same loss or damage covered by such coverages, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 2022-10-05 | ESC111660 | N/A |

**EQUIPMENT BREAKDOWN COVERAGE**
**(Including Electronic Circuitry Impairment)**

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CAUSES OF LOSS — BASIC FORM
> CAUSES OF LOSS — BROAD FORM
> CAUSES OF LOSS — SPECIAL FORM

**A.** The following is added as an Additional Coverage to the Causes of Loss — Basic Form, Broad Form or Special Form.

**Additional Coverage — Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

**2.** Unless otherwise shown in a "schedule", the following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **2.h. Service Interruption** below and any Dependent Properties coverage provided by this coverage part, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

**a. Business Income and Extra Expense**

**(1)** Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in a "schedule", then with respect to this endorsement only, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment", and the deductible shown in the "schedule" will apply.

**(2)** The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a "schedule".

**b. Data Restoration**

**(1)** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

**(2)** The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in a "schedule".

**c. Expediting Expenses**

**(1)** With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(a)** Make temporary repairs; and

**(b)** Expedite permanent repairs or permanent replacement



     **(2)** The most we will pay for loss or expense under this coverage is $25,000 unless otherwise shown in a "schedule".

**d. "Fungus", Wet Rot, Dry Rot And Bacteria**

     **(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by "fungus", wet rot, dry rot or bacteria. This includes the additional costs to clean up or dispose of such property. This does not include spoilage of personal property that is "perishable goods" to the extent that such spoilage is covered under Spoilage coverage.

     **(2)** As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "fungus", wet rot, dry rot or bacteria been involved.

     **(3)** We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungus", wet rot, dry rot or bacteria.

     **(4)** This coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

     **(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $15,000 unless otherwise shown in a "schedule" even if the "fungus", wet rot, dry rot or bacteria continues to be present or active or recurs in a later policy period.

**e. Hazardous Substances**

     **(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

     **(2)** This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.i.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

     **(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in a "schedule".

**f. Off Premises Equipment Breakdown**

     **(1)** We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

     **(2)** We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered equipment" as described under **(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

     **(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in **(2)** above is $10,000 unless otherwise shown in a "schedule".

**g. Public Relations**



    **(1)** This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

    **(2)** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

        **(a)** The media;

        **(b)** The public; or

        **(c)** Your customers, clients or members.

    **(3)** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

    **(4)** The most we will pay for loss or expense under this coverage is $5,000 unless otherwise shown in a "schedule".

**h. Service Interruption**

    **(1)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

    **(2)** "Cloud computing services" must be provided by a professional provider with whom you have a contract.

    **(3)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

    **(4)** Unless otherwise shown in a "schedule", any insurance provided for Business Income or Data Restoration will not apply under this Service Interruption coverage unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

    **(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage, except that if a limit is shown in a "schedule" for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**i. Spoilage**

    **(1)** We will pay for:

        **(a)** Physical damage to "perishable goods" due to spoilage;

        **(b)** Physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

        **(c)** Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.



(2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

(3) The most we will pay for loss, damage or expense under this coverage is $25,000 unless otherwise shown in a "schedule".

## 3. EXCLUSIONS

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

**a.** The following exclusions are modified:

(1) If the Causes of Loss — Basic Form or Causes of Loss — Broad Form applies, the following is added to **Exclusion B.2.**:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

(2) If the Causes of Loss — Special Form applies, with respect to this endorsement only, the last paragraph of **Exclusion B.2.d.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**b.** The following exclusions are added:

(1) We will not pay for loss, damage or expense caused by or resulting from a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

(2) Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

(a) Fire (including fire resulting from an "accident" or "electronic circuitry impairment"), or water or other means used to extinguish a fire;

(b) Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

(c) Any other explosion, except as specifically covered under this endorsement;

(d) Vandalism;

(e) Lightning; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

(f) Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;



(g) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies;

(h) Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action.

(3) With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

(4) Except as specifically provided under **A.2.d.** "Fungus", Wet Rot, Dry Rot and Bacteria Coverage, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that such spoilage is covered under Spoilage coverage.

(5) We will not pay for any loss or damage to animals.

c. Exclusions **b.(2)(e)** and **b.(2)(f)** above shall not apply if:

(1) The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

(2) Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

(3) The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

d. Any cause of loss set forth in exclusion **b.(2)(f)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects Service Interruption coverage.

## 4. DEFINITIONS

The following definitions are added with respect to this endorsement only:

a. "Accident"

(1) "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

(a) Mechanical breakdown, including rupture or bursting caused by centrifugal force;
(b) Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

(c) Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

(d) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(e) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.



**(2)** None of the following is an "accident":

    **(a)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

    **(b)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

    However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**b.** "Boilers and vessels" means:

  **(1)** Any boiler, including attached steam, condensate and feedwater piping; and

  **(2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

  This term does not appear elsewhere in this endorsement, but may appear in a "schedule".

**c.** "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

**d.** "Covered equipment"

  **(1)** "Covered equipment" means, unless otherwise specified in a "schedule", Covered Property:

    **(a)** That generates, transmits or utilizes energy; or

    **(b)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

    "Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

  **(2)** None of the following is "covered equipment":

    **(a)** Structure, foundation, cabinet or compartment;

    **(b)** Insulating or refractory material;

    **(c)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

    **(d)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

    **(e)** "Vehicle" or any equipment mounted on a "vehicle";

    **(f)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

    **(g)** Dragline, excavation or construction equipment; or



      **(h)** Equipment manufactured by you for sale.

**e.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**f.** "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

**g.** "Electronic circuitry impairment"

    **(1)** "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in **(2), (3)** and **(4)** below.

    **(2)** We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

    **(3)** The "covered equipment" must be owned or leased by you, or operated under your control.

    **(4)** None of the following is an "electronic circuitry impairment":

        **(a)** Any condition that can be reasonably remedied by:

            **i.** Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

            **ii.** Rebooting, reloading or updating software or firmware; or

            **iii.** Providing necessary power or supply.

        **(b)** Any condition caused by or related to:

            **i.** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

            **ii.** Insufficient size, capability or capacity of the "covered equipment".

        **(c)** Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

**h.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**i.** "Media" means material on which "data" is recorded, such as solid state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

**j.** "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

**k.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.



    **l.**  "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

       This term does not appear elsewhere in this endorsement, but may appear in a "schedule".

    **m.**  "Schedule" means the Equipment Breakdown Coverage Schedule.

    **n.**  "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

       However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

**B.**  The Building and Personal Property Coverage Form is modified as follows.

    The definitions stated above also apply to section **B.** of this endorsement.

    **1.**  **DEDUCTIBLE**

       The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a "schedule". If a separate Equipment Breakdown deductible is shown, the following applies.

       Only as regards Equipment Breakdown Coverage, provision **D. DEDUCTIBLE** is deleted and replaced with the following:

       **a.**  **Deductibles for Each Coverage**

          **(1)**  Unless the "schedule" indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

          **(2)**  We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

          **(3)**  If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

       **b.**  **Direct and Indirect Coverages**

          **(1)**  Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the "schedule".

          **(2)**  Unless more specifically indicated in the "schedule":

             **(a)**  Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

             **(b)**  Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

       **c.**  **Application of Deductibles**

          **(1)**  **Dollar Deductibles**



We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.

**(2) Time Deductible**

If a time deductible is shown in the "schedule", we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3) Multiple of Average Daily Value (ADV)**

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:
The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the "schedule" will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(4) Percentage of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

## 2. CONDITIONS

**a.** The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**(1) Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(a)** Your last known address; or

**(b)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**(2) Jurisdictional Inspections**



If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**(3) Coinsurance**

If a coinsurance percentage is shown in a "schedule" for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**b.** As respects this endorsement only, the Valuation Condition in the Building and Personal Property Coverage Form is deleted and replaced with the following:

**Valuation**

We will determine the value of Covered Property as follows:

**(1)** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

    **(a)** The cost to repair the damaged property;

    **(b)** The cost to replace the damaged property on the same site; or

    **(c)** The amount you actually spend that is necessary to repair or replace the damaged property.

**(2)** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property.

**(3)** Except as described in **(4)** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**(4)** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**(5)** The following property will be valued on an Actual Cash Value basis:

    **(a)** Any property that does not currently serve a useful or necessary function for you;

    **(b)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

    **(c)** Any Covered Property for which Actual Cash Value coverage is specified in a "schedule",

Actual Cash Value includes deductions for depreciation.



**(6)** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

  **(a)** The property was manufactured by you;

  **(b)** The sales price of the property is less than the replacement cost of the property; or

  **(c)** You are unable to replace the property before its anticipated sale.

**(7)** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

  **(a)** For mass produced and commercially available software, at the replacement cost.

  **(b)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

The most we will pay for loss, damage or expense under this endorsement arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a "schedule". Coverage provided under this endorsement does not provide an additional amount of insurance.



**COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE SCHEDULE**

Equipment Breakdown is subject to the Limits of Insurance shown in the Declarations except as specifically shown below.

These coverages apply to all locations covered on the policy, unless otherwise specified.

| SCHEDULE | |
|---|---|
| **Coverages** | **Limits** |
| Equipment Breakdown | |
| Business Income | |
| Extra Expense | |
| Data Restoration | $25,000 |
| Expediting Expenses | $25,000 |
| "Fungus", Wet Rot, Dry Rot and Bacteria | $25,000 |
| Hazardous Substances | $25,000 |
| Off Premises Equipment Breakdown | $25,000 |
| Service Interruption | $25,000 / Subject to 24 Hour Waiting Period |
| Spoilage | $25,000 |
| **Deductibles** | |
| Combined, All Coverages | |
| Direct Coverages | |
| Indirect Coverages | |
| Spoilage | |

**OTHER CONDITIONS**



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 2022-10-05 | ESC111660 | N/A |

**PRE-EXISTING DAMAGE EXCLUSION**

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    STANDARD PROPERTY POLICY

We will not pay for any loss or damage which:

a.  occurred prior to the inception of the policy regardless of whether such damages were apparent at the time of the inception of this policy; or

b.  occurs after the inception of this policy but arises out of workmanship, repairs or failure to repair prior to the inception of this policy

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 2022-10-05 | ESC111660 | N/A |

## WINDSTORM OR HAIL PERCENTAGE AND DOLLAR DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

| SCHEDULE | | | |
|---|---|---|---|
| **Premises Number** | **Building Number** | **Windstorm Or Hail Deductible Percentage** | **Minimum Deductible Amount** |
| 1 | 1 | 5% | $5,000 |

*The Declarations is amended to add the above schedule.*

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) Of Insurance are shown in the Declarations.

## WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS

### A. Calculation Of The Deductible – All Policies

1. A Deductible is calculated separately for, and applies separately to:

   a. Each building that sustains loss or damage;

   b. The personal property at each building at which there is loss or damage to personal property; and

   c. Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit reports.



3.  When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises, subject to the Minimum Deductible Amount shown for at each premises, whichever is greater.

## B. Calculation Of The Deductible – Specific Insurance Other than Builders' Risk

### 1. Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1% through 10% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage, subject to the Minimum Deductible Amount shown for at each premises, whichever is greater.

### 2. Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1% through 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage, subject to the Minimum Deductible Amount shown for at each premises, whichever is greater. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.
However:

a.  **If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.**

b.  If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

## C. Calculation Of The Deductible – Blanket Insurance Other Than Builders' Risk

### 1. Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1% through 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage, subject to the Minimum Deductible Amount shown for at each premises, whichever is greater. The value(s) to be used is that shown in the most recent Statement of Values on file with us.

### 2. Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1% through 10% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage, subject to the Minimum Deductible Amount shown for at each premises, whichever is greater.

## D. Calculation Of The Deductible – Builders' Risk Insurance

### 1. Builders' Risk Other Than Reporting Form

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1% through 10% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage, subject to the Minimum Deductible Amount shown for at each premises, whichever is greater.

### 2. Builders' Risk Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1% through 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage, subject to the Minimum Deductible Amount shown for at each premises, whichever is greater. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.



However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

## Examples – Application Of Deductible

### Example 1 – Specific Insurance (B.1.)

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1% and the Minimum Deductible Amount is $500.

Step **(1):**    $70,000 ÷ $80,000 = .875

Step **(2)**     $60,000 x .875 = $52,500

Step **(3)**     $70,000 x 1% = $700

Step **(4)**     $52,500 - $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### Example 2 – Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2% and the Minimum Deductible Amount is $1,000.

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

### Example 3 – Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit Of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).



Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2% and the Minimum Deductible Amount is $2,500.

**Building 1**

Step **(1):**    $500,000 x $2% = $10,000

Step **(2)**    $40,000 - .$10,000 = $30,000

**Building 2**

Step **(1):**    $500,000 x $2% = $10,000

Step **(2)**    $20,000 - .$10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

**Example 4 – Blanket Insurance (C.1.)**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Personal Property at Building 1 ($250,000) and Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit Of Insurance covering Buildings 1 and 2 and Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building 1 and Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5% and the Minimum Deductible Amount is $5,000.

**Building**

Step **(1):**    $500,000 x $5% = $25,000

Step **(2)**    $95,000 - .$25,000 = $70,000

**Personal Property**

Step **(1):**    $250,000 x $5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Numbert | Premium |
|---|---|---|---|
|  | 12:01 a.m. on 2022-10-05 | ESC111660 | N/A |

**ALUMINUM WIRING EXCLUSION**

This endorsement modifies insurance provided under the following:

    COMMERCIAL PROPERTY COVERAGE PART
    CAUSES OF LOSS – BASIC FORM
    CAUSES OF LOSS – BROAD FORM
    CAUSES OF LOSS – SPECIAL FORM

The following exclusion added to B. Exclusions:

We will not pay for loss or damage caused directly or indirectly by or resulting from aluminum wiring. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

But, we will pay for loss or damage to Covered Property resulting from fire caused by aluminum wiring if, prior to the fire causing the loss or damage, the aluminum wiring was remediated by a licensed electrician using the AlumiConn or Copalum connector methods; and all such remediation, including modifications and additions to installed wiring, was completed, inspected and approved and in compliance with all applicable local codes and laws.


All other provisions of the policy remain unchanged.

## Bill Beyers

| | |
|---|---|
| **From:** | MARK RICKETTS <mark@titanclaims.us> |
| **Sent:** | Wednesday, September 11, 2024 9:26 AM |
| **To:** | Bill Beyers |
| **Subject:** | Re: Forza Palafox (Pensacola) v. Axis |

Mr. Beyers,

The following are my nominee's for umpire.

Jon Linville

Email: Jon@ExactClaimSolutions.com

Cell: 317-517-0245

Mike Abell

Email: michaelabell911@gmail.com

Cell: 317-997-1459

Mark Ricketts



**P: 850-708-2850     TITANCLAIMS.US**

---

**From:** Bill Beyers <BBeyers@bbinlaw.com>
**Sent:** Tuesday, September 10, 2024 9:09 AM
**To:** MARK RICKETTS <mark@titanclaims.us>
**Subject:** Forza Palafox (Pensacola) v. Axis

Mr. Ricketts,

The insurer has refused to nominate an appraiser. Can you please nominate two proposed umpires for the court to choose?

Bill Beyers, JD, CPCU
Buchanan & Bruggenschmidt, P.C.
80 E. Cedar St.

Zionsville, IN 46077
Tel: 317-873-8396
Fax: 317-873-2276

## Bill Beyers

| | |
|---|---|
| **From:** | Terri Cover <terri@pceinsure.com> |
| **Sent:** | Tuesday, October 11, 2022 4:33 PM |
| **To:** | Jordan Bass |
| **Cc:** | Angie Hedges; Josh Estelle |
| **Subject:** | FW: Forza N Palafox St LLC |
| **Attachments:** | ReportInvoice.pdf; ACORD Form 20221011-162806.pdf; ACORD Form 20221011-163127.pdf |
| **Importance:** | High |

Hi Jordan,
Attached is the property invoice for the new Florida location. As stated previously, this premium is due to the carrier by 10/25/22. Please provide your remittance as soon as you can so the Agency can pay the carrier by 1/25/22.
The General Liability policy is on a direct bill, annual payment. You should be receiving the invoice from Hanover Insurance in the amount of $722.16.

Once the policy documents are received, I will forward to you. I have also updated the certificates with the assigned policy numbers, should you need to provide to The Farmers Bank.
Should you have questions or concerns, please advise.
Regards,

*Terri*

**Teresa (Terri) Cover**
**Account Executive**
**Pfenninger, Claxton, Estelle Insurance Group**
**220 South Harrison Street**
**Shelbyville, IN 46176**

**317-398-9797 O 317-395- 2312 D 317-392-1915 F**

**terri@pceinsure.com**

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

**From:** Terri Cover
**Sent:** Thursday, October 6, 2022 7:46 AM
**To:** Jordan Bass <jbass@forzacre.com>
**Cc:** Josh Estelle <JoshE@mcgowaninsgrp.com>
**Subject:** Forza N Palafox St LLC
**Importance:** High

Jordan,
How did the closing go?

I have attached the documents the property carrier is **requiring to complete**d for their file. Attached are the following docs:

- ➢ Acord Application ( There are 2 places for signature & date – I have marked with a * )
- ➢ Surplus Lines Disclosure doc. to sign & date ( if you have questions please contact / email Josh and he can advise)
- ➢ Statement of no known loss letter

There are other documents the agency must submit and those are all ready to go when I receive the above completed docs.

NOTE: the premium is <u>due to the carrier by 10/25/22</u>. I must submit the completed documents to get a policy number and invoice released. ( Kind of a backward way but we have to go by their procedures ….)

Should you have questions or concerns, please advise.
Regards,

*Terri*

**Teresa (Terri) Cover**
**Account Executive**
**Pfenninger, Claxton, Estelle Insurance Group**
**220 South Harrison Street**
**Shelbyville, IN 46176**

**317-398-9797 O 317-395- 2312 D 317-392-1915 F**

**terri@pceinsure.com**

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

**INVOICE**



| Customer | Forza 4809 N Palafox St LLC |
|---|---|
| Acct # | 72039 |
| Date | 10/11/2022 |
| Customer Service | Josh Estelle<br>Terri Cover |
| Page | 1 of 1 |

**Forza 4809 N Palafox St LLC**
**4809 N Palafox St.**
**Pensacola 32505**

| Payment Information | |
|---|---|
| Invoice Summary | $ 431.55 |
| Payment Amount | |
| Payment for: | Invoice#707499 |
| ESC111660 | |

*Thank You*

✂ – – – – – – – – – – – – – – – – – *Please detach and return with payment* – – – – – – – – – – – – –

Customer: Forza 4809 N Palafox St LLC

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 707499 | 10/05/2022 | New business | Policy #ESC111660  10/05/2022-10/05/2023<br>AXIS Surplus Insurance Company<br><br>Property - Froza N Palafox LLC<br>Surplus Lines Tax- co pays - New business<br>Due Date:  10/5/2022 | 411.00<br>20.55 |

| | Total |
|---|---|
| You can now pay ONLINE! To make a payment online, please go to | $ 431.55 |

*Thank You*

| **McGowan Insurance Group**<br>355 Indiana Avenue  Suite 200<br>Indianapolis, IN  46204 | (317)464-5000 | Date |
|---|---|---|
| | | 10/11/2022 |

**73C01-2409-PL-000028**

Shelby Circuit Court

**INVOICE**

Filed: 9/11/2024 6:07 PM
_____Clerk
Shelby County, Indiana



| Customer | Forza 4809 N Palafox St LLC |
|---|---|
| Acct # | 72039 |
| Date | 10/19/2022 |
| Customer Service | Josh Estelle<br>Terri Cover |
| Page | 1 of 1 |

**Forza 4809 N Palafox St LLC**
**4809 N Palafox St.**
**Pensacola 32505**

| Payment Information | |
|---|---|
| Invoice Summary | $ 8,937.40 |
| Payment Amount | |
| Payment for: | Invoice#711989 |
| ESC111660 | |

Thank You

✂ — — — — — — — — — Please detach and return with payment — — — — — — — — — —

Customer: Forza 4809 N Palafox St LLC

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 711989 | 10/05/2022 | Policy change | Policy #ESC111660  10/05/2022-10/05/2023<br>AXIS Surplus Insurance Company<br><br>Commercial Property - New Policy Prem chg<br>Surplus Lines Tax- co pays - New Policy Prem chg<br>Brokerage Fee (FR / NC) - New Policy Prem chg<br>Due Date:  10/5/2022 | 8,223.00<br><br>429.40<br>285.00 |
| | | | **Total** | |
| You can now pay ONLINE! To make a payment online, please go to | | | | $ 8,937.40 |

Thank You

| **McGowan Insurance Group**<br>355 Indiana Avenue  Suite 200<br>Indianapolis, IN  46204 | (317)464-5000 | **Date** |
|---|---|---|
| | | 10/19/2022 |

Filed: 9/11/2024 6:07 PM
Clerk
Shelby County, Indiana



November 6, 2023

Forza Commercial Real Estate
c/o Mr. Mike Kienholz, CCM
6470 Shadeland Ave
Indianapolis, IN 46220

**Subject:**     **Limited Condition Survey Report**
                **4811 N Palafox Street**
                **Pensacola, Florida**

Dear Mr. Kienholz,

Prescott Engineering, LLC (PE) performed a limited condition survey of the structure located at 4811 N Palafox Street, Pensacola, Florida on Thursday, August 8, 2023. The purpose of the survey was to determine the extent of the damages to the structure caused by a reported storm event and provide recommendations for repairs.

**Project History**

The following information was provided by the homeowner during the inspection:

1. The structure was impacted during a storm event.
2. After the storm event leaks developed in the structure.
3. After the storm a building maintenance personnel was retained. The personnel reported that screws had been backed out and were retightened. Additionally, areas of sealant were applied to the portions of the roof to mitigate leaks.
4. The roof was completely tarped to prevent additional leaks.

**Restoration | Design | Roof Consulting | Forensics**

111 2ⁿᵈ Ave NE, Ste 360, St. Petersburg, Florida 33701
www.prescott-engineering.com
727.637.8062

## Observations

The following conditions were observed at the time of the assessment:

1. The structure consisted of a pre-manufactured steel structure with corrugated metal wall and roof panels.  Refer to *Figure 1*.



**Figure 1**

2. The exterior walls consist of steel columns and wall purlins sheathed with corrugated metal panels.  The interior face of the walls are covered with an apparent thermal and radiant insulation product.  Refer to *Figure 2*.



**Figure 2**



3. The underside of the roof deck was covered with insulation boards that appeared to have been fastened to the roof purlins. Refer to *Figure 3*.



**Figure 3**

4. The roof tarps were removed at the time of the inspection. Refer to *Figure 4*.



**Figure 4**



5. Portions of the fasteners in the roof were appeared to have been replaced. Refer to *Figure 5*.



**Figure 5**

6. Dislodged fasteners were observed on the roof deck. Refer to *Figure 6*.



**Figure 6**



7. Wind borne debris was observed between panel seams in the roof. Refer to *Figure 7*.



**Figure 7**

8. Multiple areas of cracks were observed in the peak of the lower entrance roof area. Refer to *Figure 8*.



**Figure 8**



9. Areas of staining consistent with moisture intrusion were observed in the dropped ceiling of the main entrance of the structure.  Refer to *Figure 9*.



**Figure 9**

**Weather Data**

The NOAA Storm Event Database was researched for the reported storm event.  On June 16, 2023 an event narrative for a storm reported "A large cluster of thunderstorms stalled near the coast in the Florida panhandle and produced very heavy rain with 6 to 12 inches of rain recorded. This caused widespread flash flooding around Pensacola. The thunderstorms also produced wind damage." The storm event documented wind speeds of 72 mph.





## Conclusion/Recommendations

Based on the conditions observed it appears that the structure located at 4811 N. Palafox Street has experienced damages caused by a storm event on June 16, 2023. Based on the conditions observed PE does not believe that an immediate unsafe condition exists at the structure.

During high wind events the roof structure will deflect under the pressure and suctions forces. This deflection and cyclical movement can cause fasteners to back out of the roof, holes for the fasteners to enlarge and no longer be sealed, and cracks in malleable metals like those used on the ridge of the roof.

Damages observed and reported at the structure consisted of reported backed out fasteners, cracking in the ridge of the metal roof, and interior leaks.

Based on the conditions observed, PE recommends the following scope of work:

1. Any fasteners that have backed out or are found to be leaking should be removed and replaced with a new gasketed fastener. The replacement fastener should be larger than the original fastener.
2. The metal ridge cap should be removed and replaced.
3. Any insulation or interior finishes that were affected by moisture should be removed and replaced.
4. Any associated repairs completed.

Neither the survey nor this report is intended to cover hidden defects, mechanical, electrical, or architectural features, nor environmental concerns. Unauthorized use of this report, without the permission of PE, shall not result in any liability or legal exposure to Prescott Engineering, LLC.

Prescott Engineering, LLC reserves the right to update the information contained in this report if deemed necessary due to modified site conditions or the availability of new/additional information.



*Limited Condition Survey Report*
*4811 N. Palafox Street*
*Pensacola, Florida*

Thank you for offering us the opportunity to provide our services for this project. Please contact our office if you have any questions regarding this report.

Sincerely,

**Prescott Engineering, LLC**
State of Florida Certificate of Authorization No. 31922



Clayton
Prescott

Digitally signed by
Clayton Prescott
Date: 2023.11.06
13:15:22 -05'00'

Clayton Prescott PE, FRSE, SI, RRC
Principal Engineer
Florida P.E. No. 70985

This item has been digitally signed and sealed by Clayton L Prescott, PE on November 6, 2023 using a digital signature. Printed copies of this document are not considered signed and sealed and the SHA authentication code must be verified on any electronic copies.



Leave a review, share, & follow us! 

The information contained herein, including attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized address of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

**From:** Jordan Bass <jbass@forzacre.com>
**Sent:** Thursday, January 25, 2024 9:19 AM
**To:** Pamela Brown <PBrown@narisk.com>; John French <JohnF@mcgowaninsgrp.com>
**Cc:** Angie Hedges <ahedges@forzacre.com>; Megan Anderson <manderson@forzacre.com>; Josh Estelle <JoshE@mcgowaninsgrp.com>
**Subject:** RE: AWAX23060031 Forza 4809 N. Palafox St LLC

Pamela, I appreciate your attention to this matter. We have already replaced the metal roof. So I am not sure what a reinspection would accomplish.
We don't have confidence in the engineer from EFI Global. He stamped his report with the P.E. seal even though it describes this metal building as being made from a wood frame and having shingles.

It seems pretty clear he didn't read his report closely and that he just copy and pasted a large portion of it from another report. This is very concerning.
I understand that you are giving a great amount of attention to this file, but I do not think the EFI Global engineer is providing that same attention.
I trust that you will report him to your superiors and recommend discontinuing EFI Global's services. On the other hand, we provided a detailed report from Prescott Engineering, but it seems that your insurance company is unwilling to grant coverage based upon the conflict between EFI Global's report and Prescott's report.

I took a look at the policy to see if there was a way to resolve disputes like this where there is a disagreement on the storm damage.
It seems that there is an insurance appraisal process in the policy. We would like to proceed with that process. The policy indicates that the next step is to nominate an appraiser.

We nominate Mark Ricketts with Titan Claims. He is based out of Panama City. His phone number is: 850-708-2850, Mark@titanclaims.us

Thank you,

**Jordan Bass, CPA**
Forza Commercial Real Estate | President
6470 N. Shadeland Avenue, Indianapolis, IN 46220
317.669.1353 | jbass@forzacre.com



**From:** Pamela Brown <PBrown@narisk.com>
**Sent:** Thursday, December 14, 2023 10:53 AM
**To:** John French <JohnF@mcgowaninsgrp.com>
**Cc:** Angie Hedges <ahedges@forzacre.com>; Megan Anderson <manderson@forzacre.com>; Josh Estelle

<[JoshE@mcgowaninsgrp.com](mailto:JoshE@mcgowaninsgrp.com)>; Jordan Bass <[jbass@forzacre.com](mailto:jbass@forzacre.com)>
**Subject:** AWAX23060031 Forza 4809 N. Palafox St LLC

Good morning,

I have received the response back from the carrier. We have reviewed the Prescott engineer's report. The information provided in the Prescott's report does not include any new information and does not change the carrier's position on the loss. We will be submitting a copy of the updated letter for your review in the next few minutes.

Feel free to contact me if you have any questions or concerns.

Sincerely,




**Pamela Brown** Senior Claims Adjuster
P.O. Box 166002 Altamonte Springs, FL 32716-6002
O: (321) 207-8087 | (800)-315-6090 Ext. 8087 | F: (866) 261-8507



Emails cannot be guaranteed to be error-free, as information can be corrupted, lost, delayed, or contain viruses. NARS accepts no liability for the content of any e-mail, or for the consequences of any actions taken on the basis of information provided. All claims e-mails are retained and subject to review by clients, federal and state regulatory authorities, and legal discovery. NARS internal security may unintentionally prevent your e-mail from reaching its destination. If you do not receive a timely response to your email, please call us. This email is intended solely for the use of the individual to whom it is addressed. It may contain information that is privileged, confidential or exempt from disclosure. If the reader of the email is not the intended recipient, any dissemination or copying is strictly prohibited. If you have received this communication in error, please immediately notify us and return the original message at the listed email address.

Filed: 9/11/2024 6:07 PM
Clerk
Shelby County, Indiana

Mike Abell, ACA

3806 Candy Lane

Kokomo, Indiana 46902

Phone Number: (317) 997-1459

E-mail: Michaelabell911@gmail.com

- ➢ Education:
  - o Christopher Columbus High School (Miami, FL)
  - o University of Miami (Miami, FL)
  - o University of Florida (Gainesville, FL)
  - o Mercer University (Macon, GA)
- ➢ Twenty-Five Years in the Construction Industry
  - o Framer, Trim Carpenter and Roofer
  - o Superintendent building homes from $80,000 to $2,500,000
  - o Owner of Abell Construction Company, building homes and commercial buildings, remodeling homes and commercial buildings
- ➢ Twenty-Four Years in the Insurance Industry
  - o Licensed Independent Adjuster/Manager of Worley Catastrophe (20 Years)
  - o Independent Adjuster for Marshall Claims (Atlanta, GA)
  - o Assigned to State Farm Insurance Company as Field Manager (17 Years) [RETIRED 2010]
  - o Graduate from the University of Florida in Insurance Adjusting and Agency
  - o Flood Certified, Homeland Security registered and Licensed Independent Adjuster [RETIRED]
  - o Haag Engineering Certified [RETIRED] for Wind & Hail damage
- ➢ Ten Years in the Insurance & Construction Industry [AFTER RETIREMENT]
  - o Writing estimates using Xactimate for Insurance and Construction claims
  - o Handling Appraisals & Arbitration for Homeowners & Insurance Companies
  - o Involved in over 400 Appraisals and Arbitrations
  - o Represented Insurance Companies as an Appraiser, Umpire, and Consultant
    - ▪ State Farm
    - ▪ Travelers Insurance
    - ▪ Allstate
    - ▪ CSAA
    - ▪ AAA
    - ▪ Erie Insurance
    - ▪ Progressive
    - ▪ SafeCo
    - ▪ Liberty Mutual Insurance
    - ▪ USAA
    - ▪ Auto-Owners
  - o Represented Homeowners as an Appraiser, Umpire, and Consultant.
- ➢ Is not a Public Adjuster and does not have any preferred relationships with any insurance companies or contractors.
- ➢ Umpire Experience Question Answers:
  - o I create my own estimates using Xactimate 90% of the time depending on the appraisal

- o   I like to come up with my oen conclusions concerning difference of opinions.
- o   Coverage issues are addressed by the Carrier.
- o   Retired Haag Certification and Accredited Claims Adjuster from the University of Florida.
- o   Roof Inspections are limited to the slope of the roof.

Please contact if there are any further questions or concerns.



# JON LINVILLE, CPIU

**IA | Appraiser | Umpire | Loss Consultant**

186 Spring Meadow Ln. | Greenwood, IN 46143

linkedin.com/in/jonlinville

Jon@ExactClaimSolutions.com

(317) 517-0245

 **HIGHLIGHTS**

- ✓ Insurance policy knowledge
- ✓ CAT claims
- ✓ High integrity and reliability
- ✓ Claims settlement
- ✓ Outstanding communication
- ✓ Excellent work ethic
- ✓ Computer competency
- ✓ Strong interpersonal skills
- ✓ Matterport skills
- ✓ People-oriented
- ✓ Team Leader
- ✓ Creative problem solving
- ✓ Detail-oriented
- ✓ Strong negotiation
- ✓ Analytically minded
- ✓ Effective time management
- ✓ Personal accountability
- ✓ Construction/Engineering experience
- ✓ Claims file management processes

 **ADJUSTER LICENCES**

- ✓ **Indiana** Resident # 784772
- ✓ **Texas** Non-Resident All-Lines License # 1633452
- ✓ **Florida** Non-Resident # W012707
- ✓ **New Hampshire** Non-Resident # 2091125
- ✓ **North Carolina** Non-Resident # 15835780
- ✓ **Alabama** Non-Resident # 513325
- ✓ **Georgia** Non-Resident #2848838
- ✓ **Kentucky** Non-Resident #761255
- ✓ **Louisiana** Non-Resident #544950
- ✓ **Minnesota** Non-Resident #40259900
- ✓ **Mississippi** Non-Resident #10242449
- ✓ **Oklahoma** Non-Resident #100111432

 **EDUCATION**

Decatur Central High School, Indianapolis, IN
**H.S. Diploma | 1999**

Area 31 Building Trades Vocational School | Indianapolis, IN
**Graduate | 1999**

 **PROFILE**

Highly energetic and enthusiastic insurance professional motivated to succeed in a fast-paced and deadline-driven environment. Equipped with comprehensive knowledge of claims adjustments and extensive background in customer service, Fire & Water Damage Restoration, Residential & Commercial Construction; analytically minded with skills in client negotiations and the ability to provide quick resolutions to claims. Applies knowledge in appraisal and umpire settings to come to the fairest resolution possible for all parties involved. I am very passionate about my work and am scope driven when handling appraisals and am not driven by the financial outcome of the process, as with most appraisers.

 **PROFESSIONAL EXPERIENCE**

**Owner/Operator**
*Exact Claim Solutions, Inc.*      *2013 - Present*

**Independent Adjuster**
*U.S. Adjusting Services*      *2012 - Present*
- Daily and CAT work

**Independent Adjuster**
*Rhino Claims Service, Inc.*      *2012 - Present*
- Daily and CAT work

**Independent Adjuster**
*Worley Claims Service*      *2009-Present*
- CAT work

**Owner/Operator**
*Linville Construction LLC*      *2004 - 2010*

 **CERTIFICATIONS**

- Certified Umpire profile (https://windnetwork.wildapricot.org/Sys/PublicProfile/43391044/4199130)
- CPIU (Chartered Property Insurance Umpire) Designation profile (http://insuranceumpires.com/member_info.php)
- IICRC Water Damage Certified by Drieaz in Indianapolis, IN - 2005
- IICRC Applied Structural Drying Certified by Drieaz in Nashville, TN - 2005
- State Farm IDL
- State Farm Basic Estimatics Certification
- State Farm wind & Hail Certification
- 50 Hour Practical Training With Xactimate & Sketch Certificate
- Advance Xactimate Training Certificate
- Haag Certification – Residential # 26722
- USAA Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MESCO MANUFACTURING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-04875-JPH-MG |
| | ) | |
| MOTORISTS MUTUAL INSURANCE | ) | |
| COMPANY Defaulted 3/31/2020 ***SET | ) | |
| ASIDE PER [31] ORDER***, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

After hail damaged Mesco Manufacturing's facilities, it filed a claim with its insurer, Motorists Mutual. Mesco alleges that Motorists breached the insurance policy and acted in bad faith when it failed to pay the full amount of its claim. Both parties have moved for summary judgment as to breach of contract, and Motorists has moved for summary judgment on the bad faith claim. For the reasons that follow, Mesco's motion for partial summary judgment is **GRANTED**, dkt. [61], and Motorists's motion for partial summary judgment is **DENIED**, dkt. [64].

**I.**
**Facts and Background**

The parties have filed cross-motions for summary judgment, so the Court takes the motions "one at a time." *American Family Mut. Ins. v. Williams*, 832 F.3d 645, 648 (7th Cir. 2016). For each motion, the Court views and recites the evidence and draws all reasonable inferences "in favor of the non-moving party." *Id.* The following facts are undisputed unless otherwise noted.

1

**A. The Policy**

Mesco Manufacturing LLC operates a manufacturing facility in

Greensburg, Indiana.  Dkt. 54-3 at 1.  From September 2017 through

September 2018, Motorists Mutual Insurance Company insured Mesco's

business under policy number 33.299898-90E (the Policy).  Dkt. 54-3 at 2, 4–

7; dkt. 62 at 9 ¶ 3.  The Policy was an "all risk" policy, which means that all

damage is generally covered unless its expressly excluded under the policy.

Dkt. 61-3 at 47 (Middleton Dep. at 47:16–23).

The Policy covered damage to Mesco's commercial property that was

"caused by or resulting from any Covered Cause of Loss," including hail

damage.  Dkt. 54-3 at 34; dkt. 61-3 at 47 (Middleton Dep. at 47:5–7).  The

Policy's appraisal provision outlined the procedure to be followed in the event

the parties disputed the amount of Mesco's claimed loss:

> If we and you disagree on the value of the property or
> the amount of loss, either may make written demand
> for an appraisal of the loss.  In this event, each party
> will select a competent and impartial appraiser.  The
> two appraisers will select an umpire.  If they cannot
> agree, either may request that selection be made by a
> judge of a court having jurisdiction.  The appraisers will
> state separately the value of the property and amount
> of loss.  If they fail to agree, they will submit their
> differences to the umpire.  A decision agreed to by any
> two will be binding. Each party will:
>
> a. Pay its chosen appraiser; and
> b. Bear the other expenses of the appraisal and
>    umpire equally.
>
> If there is an appraisal, we [Motorists] will still retain
> our right to deny the claim.

Dkt. 54-3 at 43.  The Policy also stated that Motorists would pay for covered losses if certain preconditions were met:

> We [Motorists] will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all the terms of this coverage form and:
>
> > (1) We have reached an agreement with you on the amount of loss; or
> >
> > (2) An appraisal award has been made.

*Id.* at 44 (Loss Payment § (g)).

**B. The Insurance Claim**

On August 25, 2018, hail as large as 2.75 inches fell during a storm in Greensburg and damaged portions of Mesco's buildings' roofs.  Dkt. 54-2 at 3. The roofing materials varied between buildings and on different sections of the same buildings; some roofs were sheet metal, some were modified bitumen, and some were ethylene propylene diene terpolymer (EPDM).  Dkt. 64-1 at 5–6 (Barron Report).  Mesco filed a claim for hail damage with Motorists.  Dkt. 61-6.

Motorists initially adjusted the claim for $7,806.75.  Dkt. 61-3 at 67 (Middleton Dep. at 67:6–12).  Mesco believed that the damage from the storm was greater, and the parties agreed to submit Mesco's claim to appraisal under the insurance policy.  Dkt. 54 at ¶ 19; dkt. 55 at ¶ 19.  The parties' chosen appraisers agreed that certain interior water damage should be covered.  Dkt. 61-2 at 31 (Banks Dep. at 31:1–7); dkt. 61-5 at 28 (Myers Dep. at 28:14–16,

20–23).[1]  But the appraisers could not agree on the amount of loss.  Dkt. 55 at ¶ 19.  The "only dispute" between the two appraisers was over "the pricing of the metal [roof]" and "whether there was damage to the modified bitumen or not."  Dkt. 61-2 at 23 (Banks Dep. at 31:13-16); dkt. 61-3 at 44, 53 (Middleton Dep. at 44:20–23, 53:1–9).

In March 2019, in accord with the appraisal provision, the two appraisers chose an umpire, Bart Myers, "to settle all matters of difference, if any, that shall exist between us".  Dkt. 61-1 at 1.  The umpire understood that the parties "generally agreed" as to the interior water damage, dkt. 61-5 at 28 (Myers Dep. at 28:16–19), and that the "areas of contention" were "the modified bitumen roofs and the pricing on the metal roof."  Dkt. 54-2 at 3 (Umpire Award).  His "sole focus" was "whether the roofing was damaged and needed to be replaced or not."  Dkt. 61-5 at 28 (Myers Dep. at 28:16–19).

Before the appraisal process was complete, Motorists hired Edwin Barron, an engineer and accident reconstructionist, to "determine whether any of the roofs of the subject property were damaged by hail."  Dkt. 64-1 at 4 (Barron Report); dkt. 61-3 at 35 (Middleton Dep. at 35:2–10).  In July 2019, Mr. Barron inspected Mesco's property and concluded: (1) the metal roofing and gutter downspouts were cosmetically damaged by hail; (2) "[t]he modified bitumen roof coverings exhibited some inadvertent man-made damage but were not damaged by hail"; and (3) "[t]he EPDM roof covering was not damaged by

---

[1] Motorists disputes that the parties agreed that the water damage was covered under the policy, dkt. 66 at 5 ¶¶2-3, but its designated evidence, dkts. 61-6 and 61-7, does not contradict Mesco's designated evidence.

4

hail." Dkt. 64-1 at 8. Motorists told Mesco that, because of Mr. Barron's conclusions, "the EPDM and modified bitumen roof coverings cannot be included in the appraisal process as the disagreement is not the value of the roof coverings; rather if the roof coverings are damaged." Dkt. 61-6.

Umpire Myers issued his appraisal award about a month later, concluding: (1) the modified bitumen roofs were damaged by hail and needed to be replaced; (2) the metal roofs needed to be replaced; and (3) the EPDM roofs and roof-mounted HVAC units were not damaged and did not need to be replaced. Dkt. 54-2 at 3. Umpire Myers calculated estimates for each damaged section of roofing for a total replacement cost value of $1,020,490.32 and an actual cash value of $894,733.82. *Id.* at 5–15. The award was signed by Umpire Myers and Mesco's appraiser, Nick Banks. *Id.* at 2. On October 23, 2019, Motorists issued $265,296.21 to Mesco for its "covered damages that were awarded by appraisal," noting that this did not include payment for interior water damage or damage to the modified bitumen and EPDM roofing. Dkt. 61-7 at 2–4.

On November 5, 2019, Mesco submitted a sworn proof of loss claiming the entire $1,020,490.32 replacement cost value "as covered damages from the storm loss." Dkt. 54-2 at 1.[2] Motorists did not issue additional payment to Mesco in response to the Claim. Dkt. 62 at 15 ¶ 44.

---

[2] The amount awarded by appraisal and the amount demanded in Mesco's sworn proof of loss are the same, $1,020,490.32. For clarity, the Court references this value as "the Claim".

## C. Procedural History

Mesco filed this suit in December 2019, alleging breach of contract and bad faith and seeking declaratory judgment that Motorists owed the remainder of the appraisal award, plus additional damages for costs associated with completing the roofing repairs.  Dkt. 54 (Amended Complaint).[3]  The case management plan bifurcated discovery on the issues of breach of contract and bad faith.  *See* dkt. 35 at 11 ("[B]ad faith discovery is bifurcated and shall not proceed until the Court issues a ruling on the anticipated partial summary judgment motion.").  Mesco then moved for partial summary judgment on breach of contract, dkt. 61, and Motorists moved for summary judgment on breach of contract and bad faith, dkt. 64.

## II.
## Applicable Law

Summary judgment shall be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(a).  The moving party must inform the court "of the basis for its motion" and specify evidence demonstrating "the absence of a genuine issue of material fact."  *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986).  Once the moving party meets this

---

[3] After Motorists was initially defaulted for failing to appear, the Court granted its motion to set aside the clerk's entry of default, finding there was (1) good cause for its default; (2) quick action to correct it; and (3) a meritorious defense to Mesco's complaint.  Dkt. 31 at 4–12 (citing *Arwa Chiropractic, P.C. v. Med-Care Diabetic & Med. Supplies, Inc.*, 961 F.3d 942, 949 (7th Cir. 2020)).

burden, the nonmoving party must "go beyond the pleadings" and identify "specific facts showing that there is a genuine issue for trial." *Id.* at 324.

In ruling on cross motions for summary judgment, the Court takes the motions "one at a time," viewing and reciting the evidence and drawing all reasonable inferences "in favor of the non-moving party." *Williams*, 832 F.3d at 648. Indiana substantive law governs this case. *See Webber v. Butner*, 923 F.3d 479, 480–81 (7th Cir. 2019). Absent a controlling decision from the Indiana Supreme Court, the Court does its best to predict how that court would rule on the issues of law. *Mashallah, Inc. v. West Bend Mutual Insurance Co.*, 20 F.4th 311, 319 (7th Cir. 2021). In doing so, the Court may consider decisions from the Indiana Court of Appeals. *See id.*

### III.
### Analysis

#### A. Breach of Contract

Both parties have moved for summary judgment on Mesco's breach of contract claim. "To recover for a breach of contract, a plaintiff must prove that: (1) a contract existed, (2) the defendant breached the contract, and (3) the plaintiff suffered damage as a result of the defendant's breach." *Collins v. McKinney*, 871 N.E.2d 363, 370 (Ind. Ct. App. 2007). Mesco argues that Motorists breached the Policy by failing to pay the Claim for hail damage. Dkt. 62 at 20. Motorists argues that, because it disputes the amount of damage that was caused by hail, the appraisal provision gives it the right to deny the Claim despite the award that resulted from the appraisal process. Dkt. 65 at 5.

**1. Meaning of the appraisal provision**

The appraisal provision states:

> If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. . . . The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. . . .
>
> If there is an appraisal, we [Motorists] will still retain our right to deny the claim.

Dkt. 54-3 at 43. Mesco argues that "amount of loss" necessarily includes a decision about cause of the "loss." Dkt. 62 at 16–22; dkt. 69 at 19–22. Therefore, because the appraisal's decision about the "amount of loss" is "binding", the final sentence of the provision does not allow Motorists to deny the claim over "causation" disputes. Dkt. 62 at 16–22; dkt. 69 at 19–22. Motorists maintains that if it disagrees with the appraisal's causation determination, the final sentence of the provision gives it the right to deny all or a portion of Mesco's claim, regardless of whether an appraisal award has been made. Dkt. 65 at 6.

The controlling principles of Indiana contract interpretation are straightforward. "Under Indiana law, courts give unambiguous contract terms their plain meaning." *Villas at Winding Ridge v. State Farm Fire and Casualty Co.*, 942 F.3d 824, 830 (7th Cir. 2019). "[C]ontract terms may be ambiguous if they are susceptible to more than one reasonable interpretation." *Brockmann v. Brockmann*, 938 N.E.2d 831, 835 (Ind. Ct. App. 2010). "[W]hen construing the language of an insurance policy, a court should construe the language of

an insurance policy so as not to render any words, phrases or terms ineffective or meaningless." *State Farm Mut. Auto. Ins. Co. v. Jakubowicz*, 56 N.E.3d 617, 619 (Ind. 2016) (quotation omitted).

Here, Motorists reads the appraisal provision to mean that it has the unrestricted right to deny the Claim because it disagreed with the umpire's decision about the extent of hail damage to Mesco's property. Dkt. 70 at 12; dkt. 54-3 at 43 ("If there is an appraisal, we [Motorists] will still retain our right to deny the claim."). Mesco argues that Motorists's reading would render the appraisal provision, and the process it creates, meaningless. Dkt. 69 at 21–22.

In *Villas*, the Seventh Circuit considered a substantively identical appraisal provision whereby each party selects an appraiser and the appraisers in turn select an umpire. 942 F.3d at 828. Exactly like here, that appraisal provision stated that a "decision agreed to by any two will be binding", yet also said "[i]f there is an appraisal, [the insurer] will still retain [their] right to deny the claim." *Id.* On appeal, the insured argued that the "award is not binding because [the umpire] mistakenly determined the scope of the loss." *Id.* at 831. But the Seventh Circuit rejected that argument, finding the umpire had properly resolved the "dispute the parties presented to him: namely, the amount of hail damage to the roofing shingles." *Id.* at 830–31. The Court found "that the policy's appraisal provision is unambiguous." *Id.* at 830. The award was signed by the umpire and the insurer's appraiser, and so, under the plain terms of the appraisal provision, "the award became binding." *Id.* at 831.

Because the insured had "not identified any exceptional circumstances" to set aside the award, the Court declined to do so on appeal. *Id.* at 831.

Motorists argues that *Villas* is not controlling because it did not specifically address the "right to deny" clause of the appraisal provision. Dkt. 70 at 12. But in *Villas*, the Seventh Circuit rejected the insured's position, finding the policy's appraisal provision as a whole—not just selected phrases or lines within the provision—binding and unambiguous. 942 F.3d at 830–31. Even if *Villas* does not control, the Court rejects Motorists's reading of the "right to deny" clause. Indiana law is clear that courts must not construe contract terms "so as to render any words, phrases or terms ineffective or meaningless." *Jakubowicz*, 56 N.E.3d at 619. As other courts have noted, Motorists's reading would do just that.

For example, in *BonBeck Parker, LLC v. Travelers Indem. Co. of America*, 14 F.4th 1169 (10th Cir. 2021), Travelers argued that damage was not from a "hailstorm but from uncovered events like wear and tear," so the last sentence of the appraisal provision allowed it to deny coverage "on any ground available under the Policy" including "its view that something other than the hailstorm caused the damage." *Id.* at 1173, 1179. The Tenth Circuit disagreed, finding that read in context of the appraisal provision and the entire policy, the "right to deny" clause reiterates Travelers' right to deny the claim for reasons that have "nothing to do with the cause of the damage" like failure to "provide 'prompt notice of the loss or damage.'" *Id.* at 1180. The Tenth Circuit concluded that this interpretation of the appraisal provision gave "effect both to

10

the plain meaning of the phrase 'amount of loss' in the first sentence and Travelers' retained defenses in the last sentence." *Id.*

So too here. By reading the "right to deny" as reiterating Motorists's right to deny the claim for reasons outside the appraisal provision—that is, reasons separate from the determination of the "amount of loss" or the cause of that loss—the Court gives meaning both to the binding nature of the appraisal award and to Motorists's right to consider Mesco's compliance with the other terms of the insurance policy. *See Jakubowicz*, 56 N.E.3d at 619. Importantly, this reading also avoids rendering the appraisal process meaningless in any case where the insurer, like Motorists here, disputes the appraisal's outcome. *Crescent Plaza Hotel Owner, L.P. v. Zurich American Ins. Co.*, 20 F.4th 303, 311 (7th Cir. 2021) ("Some redundancy in insurance contracts is normal, while construing an endorsement to be completely superfluous is not.") (citation omitted). Moreover, this conclusion aligns with the Seventh Circuit's observation "that insurance policies often use overlapping provisions to provide greater certainty on the scope of coverages and exclusions." *Id.* at 311 (noting that insurers often take such a "belt and suspenders" approach in insurance contracts.).

Therefore, the "right to deny" clause may be triggered for reasons that come from elsewhere in the policy, as in *Employers Mutual Casualty Co. v. Skoutaris*, where the insurer refused to pay a binding appraisal award because the insured breached his duty to submit to an examination. 453 F.3d 915, 925 (7th Cir. 2006). Or it may be triggered by an allegation of some other

"exceptional circumstance." *Villas*, 942 F.3d at 831. But the provision cannot reasonably be read to give Motorists the unfettered right to disregard an appraisal award because it disagrees with the outcome of the appraisal process.

## 2. Motorists breached the Policy by refusing to pay the Claim

The Court next considers whether Motorists breached the Policy by failing to pay the Claim. Under § (g) of the Policy's "Loss Payment" provision, Motorists agreed that:

> We [Motorists] will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all the terms of this coverage form and:
>
> (1) We have reached an agreement with you on the amount of loss; or
>
> (2) An appraisal award has been made.

Dkt. 54-3 at 44 (Loss Payment § (g)). Mesco argues that because the award is binding, Motorists breached its "primary obligation" under the Policy by failing to pay the full amount of the Claim—as was demanded in the proof of loss—within the 30-day period. Dkt. 62 at 20.

Indiana courts have "repeatedly enforced appraisal clauses in insurance contracts." *Villas*, 942 F.3d at 830. "And the resulting appraisal awards are binding absent exceptional circumstances, which means manifest injustice, fraud, collusion, misfeasance, or unfairness." *Id.* Here, like in *Villas* and *BonBeck*, the parties disputed the extent of hail damage—Mesco maintained that its modified bitumen roofs were hail damaged; Motorists believed that the

roofs were damaged by other causes. Dkt. 61-2 at 23 (Banks Dep. at 31:13–16); *see* dkt. 61-3 at 44, 53 (Middleton Dep. at 44:20–23, 53:1–9). The umpire recognized this disagreement, writing that the "areas of contention based on my review of both positions are the modified bitumen roofs, and the pricing on the metal roofing." Dkt. 54-2 at 3. And the umpire resolved that dispute, concluding that "the modified roofs are hail damaged." *Id.* He assigned this loss a dollar value and he and Mesco's appraiser signed the award. *Id.* at 2, 5–15. So, as in *Villas*, at that point—under the unambiguous appraisal provision—"the award became binding." 942 F.3d at 831.[4]

Moreover, it's undisputed that the umpire issued the binding appraisal award on September 27, 2019, dkt. 54-2 at 3; that Motorists issued payment for the portion of the damage it believed was caused by hail on October 23, 2019, dkt. 61-7 at 2–4; that Mesco submitted a sworn proof of loss for the full amount of the appraisal award on November 5, 2019, dkt. 54-2 at 1; and, that Motorists has neither paid nor denied the sworn proof of loss, dkt. 62 at 15 ¶ 44.

Motorists argues that it was within its rights under the Policy to pay the appraisal award on losses for which there is no dispute as to causation while denying payment with respect to losses for which causation is contested. But, as decided above, the appraisal provision does not give Motorists the right to

---

[4] To the extent that Motorists cites cases from this district that have found that causation is an issue preserved for the Court to determine after appraisal, dkt. 70 at 8–9, those cases predate *Villas* where the Seventh Circuit upheld the umpire's award, and "scope of loss" decision, as binding.

the deny the claim based on its disagreement with the appraisal's conclusion as to causation.  *Supra* at 8–11.

The Policy required Motorists to pay for covered damages "within 30 days after we receive the sworn proof of loss, if you have complied with all the terms of this coverage form and . . . an appraisal award has been made."  Dkt. 54-3 at 44 (Loss Payment § (g)).  Motorists makes no argument that Mesco failed to comply with any term of the Policy and has not identified exceptional circumstances for setting the award aside.  *Villas*, 942 F.3d at 830.  Therefore, Motorists breached the insurance policy when it refused to pay the Claim amount decided in the binding appraisal award.  *Id.* at 831.

\*  \*  \*

In short, Mesco has demonstrated that it is entitled to summary judgment on its breach of contract claim.  Therefore, Mesco's motion for partial summary judgment on breach of contract is **GRANTED.**[5]  Motorists's motion for partial summary judgment on breach of contract is **DENIED.**

### B. Bad Faith

The case management plan ordered that "bad faith discovery is bifurcated and shall not proceed until the Court issues a ruling on the anticipated partial summary judgement motion."  Dkt. 35 at 11.  Regardless, Motorists argues that it's entitled to summary judgment on that claim because no additional discovery is needed to conclude that, as a matter of law, "it had a

---

[5] The Court does not reach Mesco's arguments that Motorists waived its right to contest the award, *id.* at 22–27.

legitimate basis for denying Mesco's claim in part." Dkt. 65 at 10. Mesco responds that the motion should be stricken due to Motorists's disregard for the case management plan. Dkt. 69 at 27–32.

Motorists' argument is premised on its belief that it was entitled to summary judgment on breach, *see* dkt. 65 at 10, but as this order explains, Mesco is entitled to summary judgment on that issue. Moreover, the parties' legal and factual arguments on bad faith are underdeveloped. This is likely due to Motorists' motion for summary judgment on the bad-faith claim being premature as discovery and briefing on the issue was bifurcated by court order. For these reasons, Motorists's motion for partial summary judgment on the bad faith claim is **denied without prejudice as premature**.

## IV.
## Conclusion

Mesco's motion for partial summary judgment is **GRANTED**, dkt. [61], and Motorists' motion for partial summary judgment is **DENIED**, dkt. [64].

The Magistrate Judge is asked to set this matter for a status conference to discuss the remaining claims, settlement, and trial readiness.

**SO ORDERED.**

Date: 1/25/2023

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

15

STATE OF INDIANA    )       IN THE SHELBY CIRCUIT COURT

                      ) SS:

COUNTY OF SHELBY    )       CAUSE NO.   73C01-2409-PL-000028

FORZA 4809 N PALAFOX ST LLC,   )
                                )
        Plaintiff,                )
                                )
  v.                               )
                                )
AXIS SURPLUS INSURANCE        )
COMPANY                         )
                                )
        Defendant.            )

## <u>SUMMONS</u>

<u>**To Defendant:**</u>

       AXIS Surplus Insurance Company
       Attn: Claims Administrator
       10000 Avalon Blvd., Suite 200
       Alpharetta, GA 30009

You are hereby notified that the person(s) named Plaintiff(s) in the above action has

petitioned the Court for an umpire pursuant to the appraisal clause in your policy numbered

ESC1 11660 for claim number AWAX23060031.

An answer or other appropriate response in writing to the petition or motion must be filed

by either you or your attorney within twenty (20) days, commencing the day after you receive

this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment

by default may be rendered against you for the relief demanded by plaintiff(s).

If you have a claim for relief against the plaintiff(s) arising from the same transaction or

occurrence, you must assert it in your written answer.

Date: _____

_____
Clerk, Shelby Circuit Court (Seal)

The following manner of service is hereby designated:  **CERTIFIED MAIL**

PREPARED BY:

Bill Beyers #28466-49, Buchanan & Bruggenschmidt, P.C., 80 E. Cedar St., Zionsville, IN 46077, Phone: (317) 873-8396 | Fax: (317) 873-2276, bbeyers@bbinlaw.com

STATE OF INDIANA     )       IN THE SHELBY CIRCUIT COURT
                     ) SS:
COUNTY OF SHELBY     )       CAUSE NO. 73C01-2409-PL-000028

FORZA 4809 N PALAFOX ST LLC,     )
                                 )
       Plaintiff,               )
                                 )
  v.                                )
                                 )
AXIS SURPLUS INSURANCE           )
COMPANY                        )
                                 )
       Defendant.             )

## **APPEARANCE BY ATTORNEY IN CIVIL CASE**

1. The party on whose behalf this form is being filed is: **Initiating**

2. The undersigned attorney now appears in this case for the following parties:

   **Plaintiff**

3. Attorney information for service as required by Trial Rule 5(B)(2)

   **William D. Beyers**
   **Attorney No. 28466-49**
   **80 E. Cedar St., Zionsville, IN 46077**
   **Phone: (317) 873-8396**
   **Fax: (317) 873-2276**
   **Email: bbeyers@bbinlaw.com**

4. This is a **PL** case type.

5. There are no related cases.

6. I certify that the contact information listed for me on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance is filed.

7. I acknowledge that orders, opinions, and notices, and all documents served under Trial Rule 86(G) will be sent to me at the email address specified by me on the Roll of Attorneys regardless of other contact information supplied by me.

8. I acknowledge that I am solely responsible for keeping my Roll of Attorneys contact information accurate per Ind. Admis. Disc. R. 2(A).

9. I certify that the foregoing document complies with the requirements of Trial Rule 5(G) with respect to information excluded from the public record under Administrative Rule 9(G).

/s/ William D. Beyers
William D. Beyers, IN Atty. No. 28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.
Zionsville, Indiana  46077
Telephone:  (317) 873-8396
Facsimile:  (317) 873-2276
bbeyers@bbinlaw.com
Attorney for Plaintiff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Axis Surplus Insurance Co.
Attn: Claims Administrator
10000 Avalon Blvd Ste 200
Alpharetta, GA 30009



9590 9402 8781 4005 9725 55

2. Article Number *(Transfer from service label)*

7022 1670 0003 3606 9932

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
A TYNE                              9/17/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

ATLANTA GA RPDC 302
19 SEP 2024 PM 5 L

9590 9402 8781 4005 9725 55

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Shelby County Clerk
407 South Harrison St.
Shelbyville, IN 46176

73C01-2409-PL-28

STATE OF INDIANA        )        IN THE SHELBY CIRCUIT COURT
                      ) SS:
COUNTY OF SHELBY     )        CAUSE NO.: 73C01-2409-PL-000028


FORZA 4809 N PALAFOX ST LLC,   )
                              )
               Plaintiff,     )
     Vs.                    )
                              )
AXIS SURPLUS INSURANCE COMPANY,)
                              )
                              )
             Defendant.

## <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.     The party on whose behalf this form is being filed is:
        Initiating [   ]      Responding [ X ]    Intervening [    ]

        The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

        Name of Party:   **Defendant, Axis Surplus Insurance Company**

2.     Attorney information for service as required by Trial Rule 5(B)(2):

        Name:      Howard J. Pikel         Atty No:    21783-64
        Address:   222 N. LaSalle St., Ste 1400
                    Chicago, Illinois 60601
        Phone:     (312) 863-5041
        Fax: No.    (312) 863-5099
        Email:     hpikel@fgppr.com

**IMPORTANT:** Each attorney specified on this appearance*:*
     (a)     certifies that the conduct information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance.
     (b)     acknowledges that all orders, opinions, and notices from the court in this Matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and understand that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate. see Ind. Admis. Disc R. 2(A).
     Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.     This is a PL case type as defined in Administrative Rule 8(B)(3).

4.   This case involves child support issues.  No.

5.   This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order.  No.

     This case involves a petition for involuntary commitment.  No.

6.   If yes above, please provide the following regarding the individual subject to the petition for involuntary commitment.  Not applicable.

7.   There are related cases:          No.

8.   Additional information required by local rule:

9.   There are other party members:          No.

10.  This form has been served on all parties and Certificate of Service is attached.


                                        */s/      Howard J. Pikel*_____
                                             Howard J. Pikel

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, the foregoing pleading was electronically filed with the Clerk of the Court using the Indiana E-File Odyssey System, which sent notification of such filing to counsel for all patties who have appeared.

*/s/      Howard J. Pikel*
Howard J. Pikel

Plaintiff's Attorneys: William D. Beyers, IN Atty. No. 28466-49
Buchanan & Bruggenschmidt, P.C.
80 E. Cedar Street
Zionsville, IN  46077
Email: bbeyers@bbinlaw.com

STATE OF INDIANA      )               IN THE SHELBY CIRCUIT COURT
                             ) SS:
COUNTY OF SHELBY     )               CAUSE NO. 73C01-2409-PL-000028

FORZA 4809 N PALAFOX ST LLC,   )
                                  )
     Plaintiff,               )
                                  )
     v.                    )
                                  )
AXIS SURPLUS INSURANCE     )
COMPANY,                   )
                                )
     Defendant.            )

## JURY DEMAND

Comes now Defendant AXIS SURPLUS INSURANCE COMPANY, by counsel, and demands a Trial by Jury.

Respectfully submitted,

\s\    Howard J. Pikel

Howard J. Pikel
Atty No. 21783-64
Foran Glennon Palandech Ponzi Rudloff PC
222 N. LaSalle Street, Ste 1400
Chicago, IL 60601
Ph: (312) 863-5041
Email: hpikel@fgppr.com
Attorneys for Defendant Axis Surplus Insurance Company

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2024, the foregoing pleading was electronically filed with the Clerk of the Court using the Indiana E-File Odyssey System, which sent notification of such filing to counsel for all patties who have appeared.

*/s/        Howard J. Pikel*

Howard J. Pikel

<u>Plaintiff's Attorneys</u>:
William D. Beyers, IN Atty. No. 28466-49
Buchanan & Bruggenschmidt, P.C.
80 E. Cedar Street
Zionsville, IN  46077
Email: bbeyers@bbinlaw.com