# EXHIBIT C



**Provencher & Company, LLC**

1000 CM Fagan Dr., Suite F
Hammond, LA 70403

# Valuation Report

### Owner Information

| | | | |
|---|---|---|---|
| *Name:* | FORZA 4809 N PALAFOX ST LLC | *Date Entered:* | 6/23/2023 |
| *Street:* | 6470 N SHADELAND Avenue | *Date Calculated:* | |
| *City, State ZIP Code:* | INDIANAPOLIS, IN 46220-4390 | *Pricing Area:* | FLPE8X_01JUN23 |
| *Phone:* | (317) 300-6667 | *Seismic Zone:* | 0 |
| *Policy #:* | ESC111660 | | |

### Property Information

| | | | |
|---|---|---|---|
| *Name:* | FORZA 4809 N PALAFOX ST LLC | *Bldg #:* | |
| *Street:* | 4811 N PALAFOX STREET | *Contact:* | |
| *City, State ZIP Code:* | PENSACOLA, FL 32505 | *E-mail:* | |
| *Phone:* | | | |

### Structure Information

| | | | |
|---|---|---|---|
| *Primary Building:* | Misc./Shop | | |
| *Square Feet:* | 7,800 | *Quality:* | Standard |
| *Year Built:* | 2008 | *Supporting Wall:* | 100% w/Insulated Metal Panels |
| *Number of Stories:* | 1 | *Foundation Shape:* | L Shape |
| *Average Story Height:* | 16 | *Foundation Type:* | 100% Concrete Slab with Footings |
| | | *Property Slope:* | None (0 - 15 degrees) |
| | | *Subtotal:* | $791,112.00 |

| | |
|---|---|
| *Total square footage of all buildings:* | 7,800.00 |
| *Cost per Sq. Ft.:* | $115.57 |

### Structural Options

| | | | |
|---|---|---|---|
| *Primary Building:* | Misc./Shop | | |
| *Roof Type:* | Gable | *Exterior Wall Finish:* | 100% Corrugated Galvanized Metal |
| *Roof Material:* | 100% Metal - Standing Seam | *Roof Structure:* | 100% Steel Joists |
| *Interior Partition Walls:* | 20% None - Open Warehouse, 80% Drywall over Steel Studs | | |

### Features

| | | |
|---|---|---|
| *Primary Building:* | Misc./Shop | |
| *Additional Features* | | 1 Fire Alarm System |
| *Combination Heating and Air Conditioning* | | 20% None - This Area Is Not Heated or Cooled, 80% Heat Pump - Central Heat/Cool (ducted) |

### Cost Breakdown

| | | | | | |
|---|---|---|---|---|---|
| **Site Preparation:** | $8,677.50 | **Foundation:** | $52,103.96 | **Structure:** | $239,646.30 |
| **Exterior Finish:** | $70,327.84 | **Windows:** | $3,323.43 | **Roofing:** | $90,783.62 |
| **Electrical:** | $99,317.12 | **Plumbing:** | $51,072.52 | **Plumbing - Underground:** | $7,605.00 |
| **Heating/AC:** | $63,509.29 | **Floor Covering:** | $6,942.00 | **Interior Finish:** | $43,741.54 |
| **General Conditions:** | $30,642.92 | **Lighting:** | $12,030.55 | | |

### Cost Breakdown for Additional Features

| | |
|---|---|
| **Fire Alarm System:** | $11,388.00 |

---

## *Estimated Replacement Cost (Calculated Value):*     $901,451.54

## *Actual Cash Value (Calculated Value):*     $771,863.30

**Policy Number: ESC111660**      **Commercial Valuation - Page 1**


**Provencher & Company, LLC**

1000 CM Fagan Dr., Suite F
Hammond, LA 70403

## Valuation Report

(Replacement cost includes all applicable permits, fees, overhead, profit, and sales tax)

(Actual Cash Value equals replacement cost less depreciation)

The Replacement Cost figure represents the average estimated cost to rebuild this building after a total loss and includes such things as labor and materials to meet current building codes and general contractor profit and overhead for your location. The actual reconstruction costs for this building may differ from this figure due to changes in economic conditions, building contractor availability, and specific building contractor attributes. The estimate does not include costs for such items as excavation, land value or detached structures. This information is to be used for insurance purposes only and is provided on the condition and understanding that it represents only an estimate and that the provider is not responsible for good faith errors.